Fifteen Senators Diane Feinstein and Senator Kamala Harris along with thirteen democrats co-sponsored a bill known as S.1917 in 2017. The bill had prison reforms and sentencing laws and called for the building of correctional institutions within each state and the bill allowed for.

- Mandatory Minimum Sentences for a term of ten years to life
- Minimum term of imprisonment
- Foreign Terrorism Act section 219(a) of the Immigration and Nationality Act (8 U.S.C. 1189(a) ICE holds
- Section.211 Juvenile Solitary Confinement (i) juvenile means is being processed against as an adult in a district Court of the United States for a criminal offense (3) the term room confinement means the involuntary placement of a covered juvenile alone is a cell, rom, or other area for any reason

Three months before the Federal Sentencing Reform and Corrections Act became law the California Legislature (defendants) passed AB2792, the Law Enforcement & Immigration Policy Enforcement Act. It prohibits a law enforcement officials from detaining an individual on the basis of a United States Immigration and Customs Enforcement hold. The California Legislature also passed SB54 in October 5, 2017 which is the sanctuary state policy. This California legislation shields the illegal immigrant because a day prior to passing their legislation. Congress passed the Prison Sentencing Act on October 4, 2017. As stated earlier the defendants along with Senators Harris and Feinstein created, wrote, or cosponsored two different laws one Federal and one state that have two different policies, guidance's outcomes for to different races the plaintiff of the Negro race and the illegal immigrants from Mexico and Central America race. As stated earlier, these California Constitutions create state policies that rely on Federal money to pay illegal immigrants to live, and the laws are guidelines on how to keep Mexican illegal immigrants out of the criminal justice system. Doing so, aligns with making sure a petty crime will increase the immigrants time behind bars. For example, On January 12, 2010 an American citizen ordered a tuna on sourdough from a prepared food counter at Whole Foods in Austin Texas. The citizen walked out of the store without paying and then pulled a 3" inch knife on the security guard upon leave the store the citizen was arrested and sentenced to

70 years in prison because he had a prior conviction for burglary, based on the guidelines of the Violent Crime Control and Law Enforcing Act of 1994. The defendant's laws shield the illegal immigrant from the very same laws which allow their employees to keep their knee on the Negro's neck when he is crying I, 'can't breathe'. Similarly, under the "Three Strikes" statute it provides a mandatory life imprisonment if a convicted felon has been convicted in a federal court and has two or more previous convictions in federal or state court. The defendants, California's "Three Strick Law" became law in 1994 the statute, If the defendant was convicted of any felony with two or more prior strikes, the law mandated a state prison term of at least 25 years to life. The defendants DACA and SB54 are a California Constitution that offer a path so illegal immigrants are not part of the California judicial system; the plaintiff and the Negro race have the laws fully enforced; moreover, the defendants offer immunity to their employees (police) to criminal kill the plaintiff and the Negro race. The Defendants offer the illegal immigrants' immunity from federal and state laws by legislating, the defendants offer immunity to their employees (police), the illegal immigrant has the same status, privileges and rights as a city our county employee. This raises three questions of interpretation of the defendants immunity powers as it relates to commerce. What is the meaning of 'among the several stated'? What is the meaning to 'regulate'? The Courts answer must have the terms of immunity and the terms the immunity is being uses among several states and to regulate that immunity is power given to the defendants to regulate commerce among several states. The defendants legislations are also guidelines which their state and city employees rules and procedures on how the intake or arresting processes must go for the illegal immigrants while in custody.

City, State and Federal employee's do not have the constitutional right to offer immunity to another person of foreign national status nor do they have the constitutional right to have immunity themselves as a municipality employee. These complaints are challenging the legal belief a white man in American has immunity for killing an American and at the same the very same white man has any authority offer immunity to a foreign national. The Fifth Amendment's reference to "due process" this is only one of many promises of protection the Bill of Rights gives the citizens against the federal government unjust laws. The qualified immunity for an affirmative defense when applied requires a dismissal of a lawsuit in state or federal courts or for local public officials. In the legislative,

judicial, or executive functions of their authority the defendants do so, under "absolute" immunity. This applies to public officials while acting in the course of their legislative duties. Senators Feinstein and Harris created a law to round up and imprison the plaintiff's race, Negro while creating a pathway to citizenship for illegal Mexican and Central American foreign nationals. The qualified immunity doctrine is a judicially created doctrine that shields government officials from being held personally liable for constitutional violations. In Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics (1971), the holding allows individuals to sue federal government officials for money damages when they violate their constitutional rights. There is also 42 U.S.C. § 1983—a statute originally passed to assist the government in combating Ku Klux Klan violence in the South after the Civil War. In Harlow v. Fitzgerald (1982), the court established that a plaintiff could overcome qualified immunity only by showing that the defendant's conduct violated clearly established statutory or constitutional rights of which a reasonable person would have known. Since *Harlow*, the court has applied the doctrine in three distinct ways that have made it more favorable to government defendants. First, in order to show that the law was clearly established, the court has generally required plaintiffs to point to an already existing judicial decision, with substantially similar facts. Second, in Pearson v. Callahan (2009), the Supreme Court altered the way in which courts apply the doctrine in a manner that created a significant obstacle for civil rights plaintiffs. In an earlier decision, Saucier v. Katz (2001), the high court had held that when assessing a qualified immunity defense, courts must first determine whether there was a violation of a constitutional right and then move on to analyze whether the law was clearly established. But in *Pearson* holding, the justices reversed course, allowing courts to grant qualified immunity based only on the clearly established prong and without ever determining if there was a constitutional violation. Third, the 1986 decision, the court famously wrote that qualified immunity protects all but the plainly incompetent or those who knowingly violate the law. Since then, the Supreme Court has stated that a police officer's conduct is to be judged on the basis of "any reasonable officer" or every reasonable official that in order for a plaintiff to overcome qualified immunity. The right violated must be so clear that its violation in the plaintiff's case would have been obvious not just to the average 'reasonable officer' but to the least informed, least reasonable 'reasonable officer. The Court must hold, thus far the plaintiff has met the burden of proof of the unconstitutionality of the defendant's legislations offer them no immunity for their legislative actions. The

memorandums the defendants wrote for the immigrants, which are federal employees operating in the sphere of state rights issues which their actions fall under the Pearson holding, the defendants are "all but the plainly incompetent or those who knowingly violate the law." The qualified immunity by the Court for a state rights claim is a product of statutory interpretation and not that of a constitutional guarantee. Therefore the Court must hold the justifications for qualified immunity by a city or state employee for foreign national is to minimize the social cost of claims and the lack of city officials to prosecute a illegal immigrant from Mexico and of course the cost of litigation. On the other hand when the plaintiff and the Negro race are burdened with time away from one's work and the constant threats by he court to take a plea or else go to prison is discriminatory in work procedure and practices. Clearly the defendants legislation giving qualified immunity gives the municipalities after a crime by the employee has been committed it amounts to a legal timeout to readjust policies but not procedures within that city or state agency. There is a **shall not**… defense in the Qualified Immunity doctrine, immunity to any action brought under this section that the police office was acting in good faith, or that the defendant believed, reasonably or otherwise, that his or her conduct was lawful at the time when it was committed. The plaintiff has successfully challenged the qualified immunity doctrine and the Court must hold the defendants qualified immunity doctrine is invalid and unconstitutional.

In SB54, Daca they have similar rigid frameworks which are inconsistent with constitutional elements of trimesters and the viability of life are constitutional requirements in California bill of Rights, this cannot survive the Courts scrutiny on whether SB54 AB130 and AB131 are constitutional laws. The legislations have a state social relation to legalized sterilization of the plaintiff's Negro race, which limits their rights and have been adopted by the state of California as Black Codes. The defendants laws cannot hurdle the nations Thirteenth Amendment which gave constitutional sanctions to President Lincoln's wartime Emancipation Proclamation, then of course there's the Civil Rights Act of 1866 which set the amendment process in motion to assure the constitutional validity of state's laws; then there's the Fourteenth Amendment which the plaintiff has spoke a lot about,; then theirs the Fifteenth Amendment which specifically speaks about racial discrimination in voting; then there are three Post War Amendments which authorize Congress to enact legislations to enforce its provisions. Article IV ss2 offers **citizens privileges and immunities** designated in the Constitution are those which right belong to the citizen of all free state(s) governments. This Court need

to do that very thing here, offers **citizens privileges and immunities** designated in the Constitution are those which right belong to the citizen of all free state(s) by enforcing the rights of the plaintiff and the Negro race who are peonage taxpayers and default criminals for the defendant's treason to the United States. These complaints to the Court must answer as to whether the Thirteenth, Fourteenth and Fifteenth Amendments to the Constitution which protects the plaintiff and the Negro race's rights against the depravation of their rights by the defendants, state legislatures, who by enforcing state police powers have immunity for their civil rights violations, or the plaintiff and the Negro race are peonage to the defendants?

DACA, , SB54, AB13103, AB131, AB130, AB4, AB2779, AB2792 and AB263 are laws in California violates the plaintiff Civil, State Constitutional and Personal Rights. Defendants legislations are in violation California's AB 781, which prohibits state and local agencies from imposing or implementing any actions or decisions pursuant to the Dymally-Alatorre Bilingual Services Act, including any requirement that an employee be bilingual, as a pretext for discrimination on the basis of race, national origin, or other unlawful discrimination in employment, including specifically any requirement that an employee be bilingual. The defendants legislations are controversies over double standards while in their constitutional roles advocating for the American people but have hatred for the American people; their superimposes presumptive unconstitutionality "political" actions; are consistent with their preferred positions on immigrant rights with their bewildering array of phrases with their slogans and standards for the foreign born illegal alien immigrants, which is consistent with their heritage as it's balanced against their competing interests of government fraud, embossment and treason upon the American people. Which causes the plaintiff deprivation of his freedom of expression, which is are his First Amendment rights. This suck here the plaintiff is before the Court reminding the Court I have rights and I am Human being; never the less, the defendants actions are abridging on the plaintiff's freedom of speech. Similar to Justice Stone's summing up the misery array of 'double standards' in his case and the defendants putting upon the plaintiff and the Negro race; never having to justify the special protections afforded to the illegal alien immigrants from Mexico and Central America. Double standard of its

justification for intervening in some area while keeping hands of others, United States v. Carolene Products Co., 304 U.s 144 (1938).

The Court must hold, the defendant's actions amount to an abridging of that freedoms and that competing governmental and individual interests warrant recognition in the delineation of the scope of the plaintiff freedoms. A special judicial role of scrutiny of the defendants actions is warranted from the Court for their sources of the elaboration are infringing on the plaintiff's and Negro race's free speech values; as well as a special solicitude towards the protections of freedoms of expressions afforded to the plaintiff and the Negro race. There are current aliens law, Personal Responsibility and Work Opportunity Reconciliation Act of 1996, ''(d) Aliens, for special rules relating to the treatment of aliens, of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996; as well as, Subtitle (A) Eligibility for Federal Benefits.

Sec. 401. Aliens who are not qualified alien's ineligible for Federal public benefits.
Sec. 402. Limited eligibility of qualified aliens for certain Federal programs.

Sec. 403. Five-year limited eligibility of qualified aliens for Federal means-tested public benefit.

Sec. 404. Notification and information reporting. Subtitle B Eligibility for State and Local Public Benefits Programs

Sec. 411. Aliens who are not qualified aliens or nonimmigrants ineligible for State and local public benefits.

Sec. 412. State authority to limit eligibility of qualified aliens for State public benefits.

DAPA, AB131, AB130, Ab1310 and AB4 are unconstitutional. There can be no doubt to this Court, that among the civil rights intended to the plaintiff and the Negro race is the protections from discriminatory state actions that are offered through the Fourteenth Amendment. The defendants have violated all the rights of Negro citizens living in California since 1995 and that's bases on when the sanctuary city ordinances first went into effect. The Fourteenth Amendment offers rights the plaintiff has acquired, has enjoyed, to own and to dispose of if it

be work or property without the intrusion the defendants, the California Legislature or the DHS. Equality in the enjoyment of property rights was regarded by the framers of the Amendments as an essential pre-condition to the realization of other basic civil rights and liberties which the Amendment was intended to guarantee. Therefore, the Court must hold the defendants legislations SB4, SB54, AB130, AB131, AB1310 and DAPA are restrictive covenants and standing alone and they cannot be regarded as valid to any rights guaranteed to the plaintiff and the Negro race by the Fourteenth Amendment. These memorandums are covenants between federal employees and the state officials for illegal immigrants from Mexico and Central America which is a voluntary act on the employees part Therefore the defendants employees (police) are adhering to terms that appear to be at odds with provisional of the Amendments are unconstitutional. The defendant's legislations deprive the plaintiff or the Negro race of rights guaranteed by the Fourteenth Amendment. The defendant's legislations listed above, are in opposition of the Circuit Courts original jurisdictions over all cases intended by the Constitution to be confined to the judicial powers of the United States courts which is delegated by law. No Court of the United States has any general delegation of authority in all cases and clearly a state's legislature cannot create laws which gives them authority over the Courts. But the defendants have confined the judicial powers and have given themselves that very authority, arising out of their legislations and without any remedies under their authority granted to them by their legislations SB4, SB54, AB131, AB130, AB1310 and AB2792. The Plaintiff have noted previous decisions of the Courts established judicial actions of the California Legislatures (defendants) actions are not immunized from the operations of the Fourteenth Amendment simply because it is taken pursuant to the state's common-law "policies", which are laws currently. Nor is the fourteenth Amendment ineffective simply because the defendant's memorandums were written particularly in a discriminatory way to affect one race and penalize another race under the color of law. Baker v. Carr, any case held to involve a political question is found a textually demonstrable constitutional commitment of issues (1) lack of judicial standards,(2) lack of respect of the coordinate branches of government, (3) The unusual need for questioning adherence to a political decision already made.

Plaintiff looks to the congressional record for constitutional guidance, in S12572-S12573, Oct. 4, 1989, then Senator Biden who is now is in the 2020 Presidential campaign with President Donald Trump. Then Senator Biden stated, Congress is bound by the Constitution; its enactment of any laws is predicated at least implicitly on the judgment that the law is constitutional. Therefore, the legislation listed above violate the plaintiff Fourteenth Amendment rights and it is unconstitutional. These memorandums are a testament to the heritage of the defendants not to the rule of law, which is a statutory standard. Similar to Governor George Wallace's religious beliefs, it is ironic that a presidential election with Joe Biden running as a democratic candidate that George Wallace was also a democratic candidate, three times. In 1968 then democratic leader George Wallace stated, "Not so long ago men stood in marvel and awe at the cities, the buildings, the schools, the autobahns that the government of Hitler's Germany had built . . . just as centuries before they stood in wonder of Rome's building . . . but it could not stand . . . for the system that built it had rotted the souls of the builders . . . and in turn . . . rotted the foundation of what God meant that men should be. We invite the negro citizens of Alabama to work with us from his separate racial station . . . as we will work with him . . . to develop, to grow in individual freedom and enrichment. We want jobs and a good future for BOTH races . . . the tubercular and the infirm. This is the basic heritage of my religion, if which I make full practice . . . for we are all the handiwork of God. The true brotherhood of America, of respecting the separateness of others . . . and uniting in effort . . . has been so twisted and distorted from its original concept that there is a small wonder that communism is winning the world. I draw the line in the dust and toss the gauntlet before the feet of tyranny . . . and I say . . . segregation today . . . segregation tomorrow . . . segregation forever." The DNC platform hasn't changed in 52 years is still rings true throughout these complaints.

The defendant's memorandums and George Wallace's memorandum read word for word because they are both written by the democratic party leaders. Past Court holdings have made it clear, legislative promises of unequal protections under the laws to its American citizens is unconstitutional. Defendant Napolitano memorandum thus denies the plaintiff and the Negro race's their services and privileges and opportunities of participating unequally compared

with illegal immigrants from Mexico and central America. The defendant's administrative denials to the plaintiff and the Negro races of equal protections under the laws, while done under the color of law which violates the Plaintiff's Fourth Amendment rights. Raising the question, is this a federal or state conduct, to whether certain conducts is done "under color of law" or "state action" for purposes of subsection 1983, Gorenc v. Salt River Project Agr. Imp and Power Dist. C.A. 9 Ariz., 189, 869 F 22d 503. The plaintiff ask's the Court to make a determination that the association of the defendants in creating the memorandum is a private association, since it was dealing with states' rights issues of financing the illegal immigrants via the California budget which comes from the plaintiff's taxes. This will not limit federal courts in determining whether the defendant's association was acting under color of law or of state laws. If so, they are in violates of, U.S.C.A. Constitution Amend. 14 Robison v. Wichita Falls & North Texas Community Action Corp. C.A. (tex) 1975, 507 F2d 245. The framers of the constitution must have known full well the existence of such prejudices that would likely continue against the manumitted plaintiff and his Negro race and that knowledge, there is no doubt by the plaintiff, a motive that led to the Fourteenth Amendment.

Janet Napolitano memorandum is nothing more than Influence peddling which has been common practice of judicial denunciation and lobbyists worthy of a price and can perform endeavors and obtain legislation by any means. The memorandum is race based, it is, segregation today segregation tomorrow and segregation forever, which is the pillar of the DNC's party platform. Let me be clear, Janet Napolitano engaged in "political" influences on behalf of the State of California (defendants) for reasons of consideration of the merits of the legislations she worked on in order to get a job as President , Regents of the University of California, this act is illegal. Campbell County v. Howard & Lee, 133 Va. 19, 112 S.E. 876 (1922).

The Court is wise and knows the original purpose of the Fourteenth Amendment was to extend to all people of the nation the complete Bill of Rights, therefore, the Mexican and Central American illegal immigrant has no legal standing to any federal or state benefits. Here the Court must hold that the full protection of the Fifth Amendment proscription against compelling testimony must be afforded by California to the plaintiff a natural citizen. The Court has power under "natural

law" to periodically expand and contract to conform to constitutional guarantees which constitutes "civilized decency" and fundamental liberty and justice to the plaintiff and the Negro race. It is an illusory apprehension that the defendant's literal legislations of SB5, SB4 AB130 and AB131 somehow are afforded to the illegal immigrant all or any of the provisions of the Bill of Rights. The defendants are the employers for the illegal immigrants from Mexico and Central America through a memorandum and they have an employer guidance to their employees. The defendants did unwisely increase some are all the powers not afforded to a citizen of the United States. To then aid, finance, educate, provide healthcare and retirement packages with federal monies and local taxes and schools dollars, and participated in criminal activity with specific intent to promote criminal conduct to assist a race or heritage similar to theirs. Illegal immigrant from Mexico and Central America come from a country deemed to be in a criminal region of the world. This has been the DNC position in the past two decades. The defendants have illegally advocated for illegal immigrants, these people doing the advocating are American democratic leaders. The have guaranteed the illegal immigrants they are to be immune from the, War On Drugs which is legislative strategy, to what is a significantly and intentional, negative consequences on the plaintiff's community the Negro race, public's health, issues due to lack of infrastructure or resources in plaintiff communities. Cooper, Moore, Gruskin, & Krieger, 2005; Kerr, Small, & Wood, 2005; Maher & Dixon, 1999. This Court must invalidate SB5, SB4 AB130 and AB131, because they are not legislations for the citizens based on prosperity and fairness but are merely recommendations on how DHS employees must unconstitutionally apply states laws to one race over another. The Court must concede, of course that the natural law due process formula, which the Court has the power to prevent the defendants who are legislatures in California; therefore, stop any financial and or benefits to illegal immigrants and prevent state violations of individual civil liberties guaranteed by the Bill of Rights upon the plaintiff.

Since Marbury v. Madison was decided, the Courts have firmly established they can strike down legislative enactments which violate the Constitution which extends to the original purpose of the constitutional provision thereby affecting sanctuary city policy, DACA and DAPA enforcement and the remnants of Nancy Pelosi re-segregating California will not occur. Pelosi's legislative history and hatred for the American Nero is consistent with Pelosi father's "political" hatred for the Negro race.

D'Alesandro stated in the Baltimore on May 2, 1948, before crowd of more than 3,000 he made the case for remembering and studying the lives of Lee and Jackson. World Wars I and II found the North and South fighting for a common cause, and the generalship displayed by these two great men in the War Between the States lived on and were applied in the military plans of our nation and the Pacific areas. And he called on Americans "to emulate Jackson's example and stand like a stone wall against aggression in any form that would seek to destroy the liberty of the world."

President Trump delivered a similar speech about Robert E. Lee, "Whether you like it or not, he was one of the great generals. I have spoken to many generals here, right at the White House, and many people thought of the generals, they think that he was maybe their favorite general," Trump said of the Confederate military leader. (Politico 10.12.18)

Speaking of confederate leaders, Janet Napolitano, in her official capacity of the DHS she is also the Plaintiff in federal court cases arguing on behalf of the illegal immigrant rights on behalf of California. The defendants are waddling in treacherous because a bunch of federal and state employees plotted to overthrow the United States and in their official capacity as democratic leaders form California. The DHS created laws for states affecting states' rights and local revenues and school taxes and as they relate to payments to illegal immigrants. Thomas Jefferson, Note of the State of Virginia (3d Am. ed. 1801) 174—175. The Note was written in 1781. 'The tyranny of the legislatures is the most formidable dread at present and will be for long years.' As to the political currents at the time the United States Constitution and the State Constitutions were formulated also, a letter from Jefferson to Madison, March 15, 1789 spoke of this concern as well. Napolitano's actions violate California's AB 781, which is the Dymally-Alatorre Bilingual Services Act ("the Act"). Section 1.4132.10 (e) The department **shall not** approve a request for authorization of pediatric day health care if the department determines that the total cost incurred by the Medi-Cal program for providing pediatric day health care services and all other medically necessary services to the illegal immigrants. Their beneficiary is greater than the total cost incurred by the Medi-Cal program in providing medically equivalent services at the legitimate State's beneficiary's otherwise appropriate level of institutional or home care. The defendants are in violation of, Medi-Cal (f) Coverage for pediatric day health care services shall be available only to the extent that federal financial participation in the cost of providing these services. The federally approved state

plan amendment including those services as a Medi-Cal program benefit, are not available to Illegal immigrants, because they do not qualify for federal benefits, therefore, illegal immigrants are not entitled to California or federal benefits.

The defendant's legislations are unconstitutional based on the bilingual qualification, is a pretext for discrimination on the basis of race, national origin, or other unlawful discrimination in employment. The defendants have created a contract for benefits and the defendants are paying them and therefore, the plaintiff arguments are the defendants, are their employer. Including that an employee be bilingual for the purpose of receiving such benefits a bilingual hiring requirement violates affirmative action. Another contractual obligation is defendants Napolitano, memorandum on June 15, 2012. In her official capacity as Secretary of Homeland Security, the (DHS) implemented the Deferred Action for Childhood Arrivals (DACA) program, along with criteria for determining when prosecutors can choose not to enforce immigration laws. Based on that DACA violates the Contract Clause which impose limits upon the power of a State to abridge existing contractual relationships, even in the exercise of its otherwise legitimate police power. The narrow view that the Clause forbids only state laws that diminish the duties of a contractual obligor and not laws that increase them, Satterlee v. Mattewson, 2 Pet. 380. Continuing their independent contract's, the defendants in 2014, established a similar process for parents of citizens and lawful permanent residents as well as expanding DACA by making more people eligible. The new program was known as the Deferred Action for Parents of Americans and Lawful Permanent Residents (DAPA) program. The Court must view the defendant's actions as Embezzlement of Federal Funds which converts plaintiff's tax dollars and applies it to a foreign national in the United States illegally and under California law. When legislature itself seeks to act as executor of its own laws, it is no longer legislating and is no more immune from process than administrative officials it supersedes. The legislative committee members have no immunity against proceeding to enjoin its interference with local school cases in federal court; ordered desegregation efforts. Bush v Orleans Parish School Bd. (1960, ED La) 188 F Supp 916, (1961) 365 US 569, 5 L Ed 2d 806, 81 S Ct 754. The defendants acts are to reapportion district votes by allowing the mass migration of illegal immigrants between 2016 and 2020 in which the encouraged and then give illegal Mexican and Central American national federal and state benefits; as well as, immunity for crimes committed. The Plaintiff is alleging that failure of defendants to reapportion districts after the requested mass migration from Central America and Mexico, the defendants need to adjust to population shifts

deprived plaintiff of due process and equal protection of law in his right of suffrage. Dyer v Abe (1956, DC Hawaii) 138 F Supp 220, revd on other grounds (1958, CA9 Hawaii) 256 F2d 728.

The defendant's legislations listed in these complaints are of financial and medical crisis leading to termination of the Negro race, by the American political leaders from California seeking presidential powers. It's clear to the plaintiff the legislations they enacted will be reverberated around the nation, continuing, segregation today, segregation tomorrow segregation forever. Unlike the illegal immigrants from Mexico and Central America who apply for and receive a tax refunds because the defendants changed the California Earned Income Tax law. The plaintiff and the Negro race have been denied the opportunity to join these organizations the disseminate the benefits. American California citizens need to be compensated for like for like benefits. The Court must hold, the defendants, California Legislatures must apply the tax code benefits for all American Citizens living in the state of California from January 1995 to July 2020. American California citizens are entitled to the same services the citizens have already paid for and are entitled to the full enjoyment and equal enjoyment of the accommodations, facilities, privileges, and state tax refunds based on such benefits denied. The readings of Justice Bradley, he observed in reviewing his past holdings of civil rights cases that the Fourteenth Amendment does not invest congress with power to legislate upon subjects that are within the 163 U.S. 537, 547 domain of state legislation. But to provide modes of relief against state legislation or state action of the kind referred to. It does not authorize congress to create a code of municipal law for the regulation of private rights, but to provide modes of redress against the operation of state laws, and the action of state officers, executive or judicial, when these are subversive of the fundamental rights specified in the amendment. The plaintiff and the Negro race's positive rights and privileges are undoubtedly secured by the Fourteenth Amendment; but they are secured by way of prohibition against state laws and state proceedings affecting those rights and privileges, and by power given to congress to legislate for the purpose of carrying such prohibition into effect. The Fourteenth Amendment's languages is not limited to discriminations based on race, color or previous conditions of servitude which can only apply to human beings and the obvious purpose was to forbid all shades and conditions of African slavery. The servitude the plaintiff is in, is due to the defendants using the plaintiff's taxes for another race and then denying the plaintiff the same services based on his tax dollars is in violations of reconstruction by the state of California (defendants)

which abolished slavery and the conditions of the slave race and these conditions today erode the protections of the Federal government which has made conditions for the Negro is just as bad as it was in 1869's at that time the Slaughter-House were before Court with similar violations of the Thirteenth Amendment, the Fourteenth Amendments and the Fifteenths Amendments on the Negro race which abridged on their privileges and immunities then the denied of equal protections of laws is the situation similar to the plaintiff's today. Such legislations must necessarily be predicated upon such supposed state laws or state proceedings and be directed to the correction of their operation and effect. The defendant's state's legislation Justice Bradley spoke of is that the California Legislature and Governor Newsom changed the California tax code to allows illegal immigrants to apply as far back as 2015. This was done so because each illegal immigrant will receive $3000 to $5000 federal tax refunds for work not done. the Court must recall the illegal immigrants are getting $834 to $1400 a month from the defendants in the legislation known as AB2279, enacted in 1998. This is embezzlement of federal funds by the defendants they need to lose their seats in office immediately this type of crime is most common in the employment of corporate fields and government officials.

The defendants are attempting a Mexican Coup d'état, their actions in politics, especially needs to be to least investigation by Congress, to see if there is underway an attempted change in our U.S. Government. With major businesses increasingly bribing the California legislature with incentives from the Silicon Valley Leadership Groups who are pushing for immigration reform. This Court is making a big mistake if the defendants, four of them are U.S. Senators, one a Governor of the state of California. They are corrupt state legislatures playing a role in treason to a foreign nation and doing it "legally". The United States IRS states on its website, states to qualify for the benefits for working people, they must meet certain criteria to receive the Earned Income Tax Credit. This is tax fraud by the defendants. The Court should hold, that the defendant's distribution and use federal and state funds should fall under Department of the Treasury, Financial Crimes Enforcement Network. FinCEN believes that Congress enacted the ``catch-all'' provision at 31 U.S.C. 5312(b)(2)(Y) in order to give the Secretary and his delegates in FinCEN, the discretion, in future regulatory actions which is to add businesses and professions to the statutory list of financial institutions, and thereby make them subject to certain provisions of the BSA. FinCEN believes that neither Congress, nor any other legislative or regulatory body, would be able to

list all of the types of businesses that may be vulnerable to money laundering for all time.

As the defendant's tax scheme evolves, so do the criminal schemes of their partners and vendors who are designed to exploit Americans tax dollars for the financial gain for illegal immigrants. The ``catch-all'' provision implicitly recognizes this fact and gives FinCEN discretion to determine the types of businesses that should become subject to regulations implementing the BSA. The scope of the Final Rule is limited. It defines the Housing GSEs as ``financial institutions'' under 31 U.S.C. 5312(a)(2)(Y) for the purposes of requiring them to establish AML programs and report suspicious activities, as well as allow them to participate in special information sharing procedures to deter money laundering and terrorist activity. The term `Housing government sponsored enterprise' is added as a new defined term at 31 CFR 1010.100(mmm) for these purposes. This is exactly the plaintiff complaint here if the defendant's legislation involves the distribution of tax dollars. Do the defendants have the authority to regulate and define themselves as a financial institution under the provision of 31 U.S.C. 5312(b)(2)(Y)? FinCEN is the regulatory body that decides the types of business that are subject to implementing financial institutions. The Court must hold the defendants are not a regulatory body that can decide financial decisions for the purposes of distribution of federal taxes to a foreign people; therefore, the defendants AB2779, Cash Assistance Program is not authorized to distribute federal dollars to illegal immigrants from Mexico and Central America. Final Rule does not amend the general definition of ``financial institution'' under FinCEN's regulations at 31 CFR 1010.100(t) because adding Housing GSEs to the general definition would trigger other recordkeeping and reporting requirements that FinCEN does not consider appropriate for the Housing GSEs at this time.

DACA, DAPA, AB54, AB1593 and AB194 are basically free education, free healthcare, and free get out of jail free cards are for the eligibility so the illegal Mexican immigrant can be assured they will stay out of deportation status. The United States Department of Homeland Security, DHS, is a cabinet department of the United States federal government. All three of the principal agencies concerned with U.S. immigration are part of the Department of Homeland Security. The legislations also increases home ownership among illegal immigrants in districts of the defendants who created a two-path of citizenship for two races of a people. One race is an America the others from

region of several different Latin races of people(s). The PATRIOT Act of 2001 and other legislation, which is the legislative framework commonly referred to as the ``Bank Secrecy Act'' requires financial institutions to keep records and file reports that ``have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings, or in the conduct of intelligence or counter intelligence activities, including analysis, to protect against international terrorism. This Court must hold, an investigation by the Department of the Treasury, Financial Crimes Enforcement Network is needed to understand the depth and scope of the financial losses to our nation economy; as well, as local municipalities in California. The plaintiff is aware that and the Court need to hold that very person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory, subjects, or causes to be subjected, and citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. The Court must hold the defendants are liable to the plaintiff and the Negro race for the depravations that are the subject to their immunities based on the legislative statues they wrote, lobbied, and then enforced. By doing so regulate segregation in California by denying equal privileges under the Constitution and laws.

The defendant's legislative fraud places the California Department of Social Services known as CDSS as its main source of receiving the money from the state and then like "gang member" they organize in a group with criminal activities as the primary focus, and with the intent to promote and further criminal activity and their activity is the legal fits the definition of a gang member in California. One of sixteen departments in the California Health and Human Services Agency, the California Department of Social Services mission statements says on their website, they provide aid, services and protection of the poor immigrant children and families. The defendants "schemozzle" with financing of the illegal immigrant community involves the CDSS. Some of the immigrant services are financed from the California General Fund and some through The CARES ACT and soon to be the Heroes Act of 2020. In the 2020 California Budget are several budget lines for illegal immigrant services in California and the CDSS; their premise reflects the cost of providing services to immigrants who reside in California. These services include (1.) assistant to help applicants obtain DACA or other immigration remedies,( 2.) assistance to help applicants with naturalization, (3.) legal training and technical assistance to CDSS contractors that provide immigration legal

services to these applicants, (4.) education outreach activities to immigrant communities about DACA or other immigration remedies for naturalization.

The amending of H.R. 4277, known as the Social Security Independence and Program Improvement Act of 1994 helps with the defendant's cash-flow it established as the social security administration as an independent agency to make improvements to old age, survivors and disability. Under the CARES ACT of 2020 the defendants amended the Social Security Independence and Program Improvement Act of 1994 to aid in the scheme of embezzlement the treason. In section 1109, United States Treasury Program Management Authority, (1) the terms ''appropriate Federal banking agency'' and ''insured depository institution'' have the meanings given those terms in section 3 of the Federal Deposit Insurance Act (12 U.S.C. 1813) with authorizes the department of treasury and the Chairman of the Farm Credit Administration shall establish criteria for insured depository institutions, insured credit unions, institutions of the Farm Credit System chartered under the Farm Credit Act of 1971 and other lenders that do not already participate in lending under programs of the Administration, to participate in the paycheck protection program to provide loans under this section until the date on which the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the Coronavirus Disease 2019 (COVID–19) expires. IN Section 2304 Modification of Limitation of losses for taxpayer other than corporation. The defendants similar to the California budget have a line item budget in the U.S. Covid19 Emergency Health Response has appropriated for agriculture programs, an additional $9,500,000,000, to remain available until expended, to prevent, prepare for, and respond to coronavirus by providing support for agricultural producers impacted by coronavirus, including producers of specialty crops, producers that supply local food systems, including farmers markets, restaurants, and schools, and livestock producers, including dairy producers and this was on top of the $560 million given to California by the CDC to provide resources to state and local jurisdictions in support of our nation's response to the coronavirus disease 2019 (COVID-19). IN April 2020 the defendants offered legislation to pay $500 addition and Covid19 testing to undocumented immigrants along with the $75 million dollar cash assistance program allowed for immigrants living in Californian a one-tome $500 of $1000 per house hold, which is equivalent to welfare or the lottery depending on the Courts view. The defendants similar to my complaints use partners and vendors a total of twelve nonprofits to vet by phone applicants. One nonprofit is the Coalition for Humane Immigrant Rights of

Los Angeles. In addition, the defendants have under Farm Production and Conservation Program, Farm Service Agency an additional amount for salaries and Expenses, $3,000,000, to remain available until September 30, 2021. Congress as of 8-30-2020 has refused to meet to extend unemployment to American and the U.S. Government is providing the plaintiff tax dollars to illegal immigrants until 2021, the DNC and the defendants are coming tax fraud and treason upon the plaintiff and the Negro race the Court must view this no other way. Not only are they in violation of affirmative action but the defendants are trying to repeal affirmative action in California under proposition 16 and a yes will support their current affirmative action laws. The Court must hold, the defendants are in violation of the Social Security Administration as a n Independent Agency Act known as H.R. 4277. In section 1631(e) of the Social Security Act (42 U.S.C. 1383(e)) as amended by subsection (d)(2) of this section, is amended by adding at the end the following (7)(A) The Secretary shall request the Immigration and Naturalization Service or the Centers for Disease Control to provide the Secretary with whatever medical information, identification information, and employment history either such entity has with respect to any alien who has applied for benefits under title XVI to the extent that the information is relevant to any determination relating to eligibility for such benefits under title XVI. The defendants are also guilty of violating section 320 extension of the FICA tax exemption and certain tax rules to individuals who enter the united states under a visa issued under section 101 of the Immigration and Nationality Act. The defendants are guilty of violating section 205,Disregard of Cost-of-Living Increases for conditioned eligibility for work incentives and (b)the amendment made by subsection(a)shall apply to eligibility determinations for months after December 1994. The Court must hold there is reason to believe that fraud was involved in the application of an individual for monthly insurance benefits under title II or for benefits under title XVI, the Inspector General shall be contacted and make available to the Secretary information identifying the defendants unless a United States attorney, or equivalent State prosecutor, with jurisdiction over potential or actual related criminal cases, certifies, in writing, that there is a substantial risk that making the information so available in a particular investigation or redetermining the eligibility of the individual for such benefits would jeopardize the criminal prosecution of any person who is a subject of the investigation from which the information is derived. In section 307 Exclusion of totalization benefits from the application of the Windfall elimination program, (a) In general section 215 (a)(7) of the Social Security Act (42 U.S.C. 415(a)(7)) is amended (2) in

subparagraph (E), by inserting after in the case of an individual the following whose eligibility for old-age or disability insurance benefits is based on an agreement concluded pursuant to section 233 or an individual. Also, (b) conforming Amendment Relating to Benefits Under 1939 act section 215(d)(3) of such Act (42 U.S.C. 415(d)(3)) is amended by striking ``but excluding'' and all that follows through ``1937'' and inserting but excluding (I) a payment under the Railroad Retirement Act of 1974 or 1937, and (II) a payment by a social security system of a foreign country based on an agreement concluded between the United States and such foreign country pursuant to section 233.

Another example of the defendants hate for the American people and America, in the 2019-20 California budget was $7 million for legal services for undocumented students, faculty, and staff through the Health and Human Services budget. In the 2020 California budget, the CSU is receiving a larger base augmentation than the UC, $300 million as opposed to $240 million for immigrant services. The defendants, UC Regents, Janet Napolitano and DHS are all complicit in re-segregating California and all involved have lines items in the California budget. Each year to constantly segregate in healthcare, education, workplace, state and federal government services, all for the, illegal immigrant who are not their constituents, they are not U.S. citizen and therefore not entitled to the benefits of life the defendants, one in half Negro, are denied to the plaintiff and the Negro citizen. Negro, White, Asian, Korean, Middle Eastern all reside in California and who are here legally and or American citizens. Are mandated by federal law to buy health insurance through the California Exchange. All are mandated to either take out a loan or do not go to college. The defendants are in violation of Affirmative Action and the plaintiff asks the Court to hold with an injunction to stop the funding of these programs and laws for the illegal immigrant from Mexico and Central American. The plaintiff calls for the defendants to provide college funding for all California citizens similar in services, monies, and job opportunities for individuals that the illegal immigrant has been getting since 1995. The Constitution is colored blind, Justice Harlen stated in the holding of Sweat v. Painter, which implied that laws in Texas for blacks was not sufficiently equal when it came to University admissions. The purpose of SB54 and DACA and SB1593 to exclude Negro's from the UC system and tech jobs in Silicon Valley. The defendants have provided no alternative schools for the plaintiff and Negro Americas similar to those of illegal status Mexican and Central American immigrants at the UC California Universities. The state's partner, the Leadership Group of Silicon Valley provided legal backing in the early '90 that lead to the

illegal immigrant unionizing and getting support to get jobs in the Apple, Google, HP and other jobs in Silicon Valley. The equal protection clause requires treatment of all United States citizens and the Court can strike the defendants legislations SB54, One California, AB1593 and DACA as laws that maintain segregation. The defendants cannot provide a comparable education to the plaintiff and the Negro race and other races in California; therefore the Court must hold separate but equal in California is illegal in education and in public facilities. This mere existence of separate schools for members from a different country and different heritage and in the U'S illegally, does not satisfy the Equal Protection Clause if the education received and the job opportunities created for the Negro race and Mexican and Central American races are not equal. The "separate but equal" doctrine has been unconstitutional since Brown v. Board of Education.

The California Budget Act of 2018 appropriated $45 million for immigrant services another $7 million for undocumented services for the immigrant community and $10 million for the Temporary Protected Status for immigrant services. In FY19 the funding remained the same but $1.3 million was added for operating costs. The defendant's methodology for the immigrant services is, it is calculated by taking the total funds less the state operations cost in each fiscal year. The funding comes from the California General Fund. The defendants continue their, separate but equal religious doctrine, the same year the California budget appropriated $45 million for immigrant services, the defendants local school districts in California had to devote 16.3% of their local districts budgets because the state of California cut local school funding. For example, in Northern California schools in San Jose, the Oak Grove School District still plans to close three or four elementary schools in the fall. The East Side Union High School District board resolved to eliminate 66 jobs over two years. And the Oakland Unified School District isn't reversing the $9 million in painful cuts. Also, the Cupertino Union School District, which faces cutting $5 million in 2018-'19, after trimming $2.6 million the year prior. But for immigrants the defendants created the Career Technical Education Incentive Grant Program, this is he program that the plaintiff tax dollars are used for. The program is for illegal immigrants who are not eligible for federal grants but it's a partnership between tech companies and the California department of education. This program had a $15 million dollar budget in 2018.

The average monthly payment the illegal immigrants got $820.60 month in fiscal year 2018-19 and $834.48 in FY2019-20. Illegal immigrants from Mexico and Central America are given the plaintiff's tax money then guaranteed never to be harassed, or be suspected in a crime, questioned by the defendants employees, and given American jobs all by the U.S. Government. As the Court knows the Thirteenth Amendment was not a mere prohibition of State slavery but this Court must make it clear in its holding that its upholding the Thirteenth Amendment to take the enforcement of sanctioned State legislations that led to segregation in California. In fact, subsection 1982 operates upon the unofficial acts of private individuals, therefore, the Court must grant an injunction to stop payments to illegal immigrants from receiving embezzled state funds. Whether sanctions are by the state law or not isn't the issue here. The question is, by the force of the Thirteenth Amendment to abolish slavery and established universal freedoms, does that include the plaintiff's tax dollars that are being used as the power to allow the illegal immigrant racial acquisitions to real and personal property? Plaintiff believes the Thirteenth Amendment was the enabling empowerment by Congress to do much more. The plaintiff looks to the Courts wisdom in establishing universal freedom for the plaintiff and the Negro race. The Courts guidance to the plaintiff comes from the Amendments' clause, Congress with power to pass all laws necessary and proper for abolishing all badges and incidents of slavery in the United States, including the defendants legislations listed in these complaints.

DACA, DAPA, SB54, AB1593 is legislation for immunity for immigrants, growth in individual districts by immigrants, monthly payments to immigrants by California, amending of the California Tax code, campaign contribution from Silicon Valley tech companies, The Sanctuary City Ordinance are all in violation of California's AB 781 is the Dymally-Alatorre Bilingual Services Act ("the Act"), including any requirement that an employee be bilingual as a pretext for discrimination on the basis of race, national origin legislation for immigrants, or other unlawful discrimination in employment practices, including specifically any requirement that an employee be bilingual and bilingual hiring requirements and § 11011 Affirmative Action Programs are what is offered to illegal immigrates . In Justice Clark's endorsing comment in the Gust holding, he suggested Congress under subsection 5 of the Fourteenth Amendment can go further in reaching private behavior than the Court would under Subsection 1, similar to the Negro race not being entitled to public facilities the plaintiff wants the same services for himself and his race. The plaintiff seeks in the Courts holing the state's obligation to

"basic corollary", the right as a citizen to use the same services and facilities without discrimination on the basis of race. The defendant's actions are willful under 18 U.S.C subsection 242 and "under color of law" as to deprive the plaintiff and his race a specific constitutional right. The defendants should be found guilty of depriving the plaintiff and the Negro race, under color of law adjudicated by their due process of law rights. This Court should find accordingly that the defendants under color of the law conspired to deprive the plaintiff and the Negro race of their fourteenth Amendment rights. Justice Frankfurter holding in United Stated v. Williams stated, "the relationship of individual of the individual and Federal Government are not those rights which the Constitution merely guarantees from the interference by the State." Justices Douglas joined by Justices Reed, Burton and Clark in the same case above stated, "that subsection 242 was applicable to the fourteenth Amendment rights extent to rights guaranteed against state action by the Fourteenth Amendment and 242 is limited to rights which the Federal Government can secure against invasion by private persons." Therefore, it must be clear to the Court that defendant's purposes were willful, and purpose is to deprive the plaintiff and the Negro race their due process rights and their Fourteenth Amendment constitutional rights.

State employees and Federal employees, political politicians and states attorney generals cannot give, offer, or promise a foreign national immunity. The California legislations offer immunity to illegal immigrants who have entered the U.S. illegally is unconstitutional. DAPA, DACA, SB54, SB1593, AB2792, SB141, SB1310, ABX1, SBX1, AB131, AB130, AB1236, AB2779,AB2279, AB1576, SB1236, SB1159, SB477, AB263, AB2792, AB1576 all are in violation of 8 U.S.C. § 1101, Section (8) - U.S. Code - Unannotated Title 8. Aliens and Nationality and these laws were affected by the Nationality Act of 1940. (8) an officer or employee of a State or political subdivision of a State acting under color of authority under this subsection, or any agreement entered into under this subsection, shall be considered to be acting under color of Federal authority for purposes of determining the liability, and immunity from suit, of the officer or employee in a civil action brought under Federal or State law. (9) Nothing in this subsection shall be construed to require any State or political subdivision of a State to enter into an agreement with the Attorney General under this subsection. (10) Nothing in this subsection shall be construed to require an agreement under this subsection in order for any officer or employee of a State or political subdivision of a State— (A) to communicate with the Attorney General regarding the immigration status of any individual, including reporting knowledge that a particular alien is not

lawfully present in the United States; or (B) otherwise to cooperate with the Attorney General in the identification, apprehension, detention, or removal of aliens not lawfully present in the United States. (10) Nothing in this subsection shall be construed to require an agreement under this subsection in order for any officer or employee of a State or political subdivision of a State— (A) to communicate with the Attorney General regarding the immigration status of any individual, including reporting knowledge that a particular alien is not lawfully present in the United States; or (B) otherwise to cooperate with the Attorney General in the identification, apprehension, detention, or removal of aliens not lawfully present in the United States. The defendants have no legal standing to justify the existence of any of these religious racist laws. The federal law is clear, 8 U.S.C. § 1101, Section (8) - U.S. Code - Unannotated Title 8. Aliens and Nationality. The white man does not have the religious authority offered to it in the Constitution to offer immunity to a race of people for a foreign land that shares the same deviant is discussing relegations view The Court must hold Christian Religion is unconstitutional.

In Title 8 Aliens and nationality (F)(i) , the federal laws here are clear not state, no employee of the state or federal government can give immunity to anyone especially from Mexico who are illegal aliens having a residence in a foreign country which he has no intention of abandoning, who is a bona fide student qualified to pursue a full course of study and who seeks to enter the United States temporarily and solely for the purpose of pursuing such a course of study consistent with section 1184(l) 1 of this title at an established college, university, seminary, conservatory, academic high school, elementary school, or other academic institution or in an accredited language training program in the United States, particularly designated by him and approved by the Attorney General after consultation with the Secretary of Education, which institution or place of study shall have agreed to report to the Attorney General the termination of attendance of each nonimmigrant student, and if any such institution of learning or place of study fails to make reports promptly the approval shall be withdrawn, (ii) the alien spouse and minor children of any alien described in clause (i) if accompanying or following to join such an alien, and (iii) an alien who is a national of Canada or Mexico, who maintains actual residence and place of abode in the country of nationality, who is described in clause (i) except that the alien's qualifications for and actual course of study may be full or part-time, and who commutes to the United States institution or place of study from Canada or Mexico; (G)(i) a designated principal resident representative of a foreign

government recognized de jure by the United States, which foreign government is a member of an international organization entitled to enjoy privileges, exemptions, and immunities as an international organization under the International Organizations Immunities Act (59 Stat. 669) 22 U.S.C. 288 et seq., accredited resident members of the staff of such representatives, and members of his or their immediate family; (S) subject to section 1184(k) of this title, an alien...(i) who the Attorney General determines (I) is in possession of critical reliable information concerning a criminal organization or enterprise; (II) is willing to supply or has supplied such information to Federal or State law enforcement authorities or a Federal or State court; and (III) whose presence in the United States the Attorney General determines is essential to the success of an authorized criminal investigation or the successful prosecution of an individual involved in the criminal organization or enterprise. (H) an alien (i) [(a) Repealed. Pub. L. 106–95, §2(c), Nov. 12, 1999, 113 Stat. 1316] (b) subject to section 1182(j)(2) of this title, who is coming temporarily to the United States to perform services (other than services described in subclause (a) during the period in which such subclause applies and other than services described in subclause (ii)(a). (P)) in a specialty occupation described in section 1184(i)(1) of this title the Secretary of Labor determines and certifies to the Attorney General that the intending employer has filed with the Secretary an application under section 1182(n)(1) of this title, or (b1) who is entitled to enter the United States under and in pursuance of the provisions of an agreement listed in section 1184(g)(8)(A) of this title, who is engaged in a specialty occupation described in section 1184(i)(3) of this title, and with respect to whom the Secretary of Labor determines and certifies to the Secretary of Homeland Security and the Secretary of State that the intending employer has filed with the Secretary of Labor an attestation under section 1182(t)(1) of this title, or (c) who is coming temporarily to the United States to perform services as a registered nurse, who meets the qualifications described in section 1182(m)(1) of this title, and with respect to whom the Secretary of Labor determines and certifies to the Attorney General that an unexpired attestation is on file and in effect under section 1182(m)(2) of this title for the facility (as defined in section 1182(m)(6) of this title) for which the alien will perform the services; or (ii)(a) having a residence in a foreign country which he has no intention of abandoning who is coming temporarily to the United States to perform agricultural labor or services, as defined by the Secretary of Labor in regulations and including agricultural labor defined in section 3121(g) of title 26, agriculture as defined in section 203(f) of title 29, and the pressing of apples for

cider on a farm, of a temporary or seasonal nature, or (b) having a residence in a foreign country which he has no intention of abandoning who is coming temporarily to the United States to perform other temporary service or labor if unemployed persons capable of performing such service or labor cannot be found in this country, but this clause shall not apply to graduates of medical schools coming to the United States to perform services as members of the medical profession; or (iii) having a residence in a foreign country which he has no intention of abandoning who is coming temporarily to the United States as a trainee, other than to receive graduate medical education or training, in a training program that is not designed primarily to provide productive employment; and the alien spouse and minor children of any such alien specified in this paragraph if accompanying him or following to join him.

Moreover, (G)(i) a designated principal resident representative of a foreign government recognized de jure by the United States, which foreign government is a member of an international organization entitled to enjoy privileges, exemptions, and immunities as an international organization under the International Organizations Immunities Act (59 Stat. 669) 22 U.S.C. 288 et seq., accredited resident members of the staff of such representatives, and members of his or their immediate family; (ii) other accredited representatives of such a foreign government to such international organizations, and the members of their immediate families; (iii) an alien able to qualify under (i) or (ii) above except for the fact that the government of which such alien is an accredited representative is not recognized de jure by the United States, or that the government of which he is an accredited representative is not a member of such international organization; and the members of his immediate family.

In (H) an alien (i) [(a) Repealed. Pub. L. 106–95, §2(c), Nov. 12, 1999, 113 Stat. 1316] (b) subject to section 1182(j)(2) of this title, who is coming temporarily to the United States to perform services (other than services described in subclause (a) during the period in which such subclause applies and other than services described in subclause (ii)(a) or in subparagraph (O) or (P)) in a specialty occupation described in section 1184 of this title or, in the case of a fashion model, is of distinguished merit and ability, and with respect to whom the Secretary of Labor determines and certifies to the Attorney General that the intending employer has filed with the Secretary an application under section 1182(n)(1) of this title, or (b1) who is entitled to enter the United States under and in pursuance of the provisions of an agreement listed in section 1184(g)(8)(A)

of this title, who is engaged in a specialty occupation described in section 1184(i)(3) of this title, and with respect to whom the Secretary of Labor determines and certifies to the Secretary of Homeland Security and the Secretary of State that the intending employer has filed with the Secretary of Labor an attestation under section 1182(t)(1) of this title, or (c) who is coming temporarily to the United States to perform services and with respect to whom the Secretary of Labor determines and certifies to the Attorney General that an unexpired attestation is on file and in effect under section 1182(m)(2) of this title for the facility (as defined in section 1182(m)(6) of this title) for which the alien will perform the services. or (ii)(a) having a residence in a foreign country which he has no intention of abandoning who is coming temporarily to the United States to perform agricultural labor or services, as defined by the Secretary of Labor in regulations and including agricultural labor defined in section 3121(g) of title 26, agriculture as defined in section 203(f) of title 29, and the pressing of apples for cider on a farm, of a temporary or seasonal nature.

In section (L) allows subject to section 1184(c)(2) of this title, an alien who, within 3 years preceding the time of his application for admission into the United States, has been employed continuously for one year by a firm or corporation or other legal entity or an affiliate or subsidiary thereof and who seeks to enter the United States temporarily in order to continue to render his services to the same employer.

The defendants state laws, DAPA, DACA, SB54, SB1593, AB2792, SB141, SB1310, ABX1, SBX1, AB131, AB130, AB1236, AB2779, AB1576 are all in violation of sections (M)(i) an alien having a residence in a foreign country which he has no intention of abandoning who seeks to enter the United States temporarily and solely for the purpose of pursuing a full course of study at an established vocational or other recognized nonacademic institution (other than in a language training program) in the United States particularly designated by him and approved by the Attorney General, after consultation with the Secretary of Education, which institution shall have agreed to report to the Attorney General the termination of attendance of each nonimmigrant nonacademic student and if any such institution fails to make reports promptly the approval shall be withdrawn, (ii) the alien spouse and minor children of any alien described in clause (i) if accompanying or following to join such an alien, and (iii) an alien who is a national of Canada or Mexico, who maintains actual residence and place of abode in the country of nationality, who is described in clause (i) except that the

alien's course of study may be full or part-time, and who commutes to the United States institution or place of study from Canada or Mexico; (N)(i) the parent of an alien accorded the status of special immigrant under paragraph (27)(I)(i) (or under analogous authority under paragraph (27)(L)), but only if and while the alien is a child, or (ii) a child of such parent or of an alien accorded the status of a special immigrant under clause (ii), (iii), or (iv) of paragraph (27)(I) (or under analogous authority under paragraph (27)(L)); (O) an alien who (i) has extraordinary ability in the sciences, arts, education, business, or athletics which has been demonstrated by sustained national or international acclaim or, with regard to motion picture and television productions a demonstrated record of extraordinary achievement, and whose achievements have been recognized in the field through extensive documentation, and seeks to enter the United States to continue work in the area of extraordinary ability; or (ii)(I) seeks to enter the United States temporarily and solely for the purpose of accompanying and assisting in the artistic or athletic performance by an alien who is admitted under clause (i) for a specific event or events, (II) is an integral part of such actual performance, (III)(a) has critical skills and experience with such alien which are not of a general nature and which cannot be performed by other individuals.

(R) an alien, and the spouse and children of the alien if accompanying or following to join the alien, who (i) for the 2 years immediately preceding the time of application for admission, has been a member of a religious denomination having a bona fide nonprofit, religious organization in the United States; and (ii) seeks to enter the United States for a period not to exceed 5 years to perform the work described in subclause (I), (II), or (III) of paragraph (27)(C)(ii); (S) subject to section 1184(k) of this title, an alien (i) who the Attorney General determines (I) is in possession of critical reliable information concerning a criminal organization or enterprise; (II) is willing to supply or has supplied such information to Federal or State law enforcement authorities or a Federal or State court; and (III) whose presence in the United States the Attorney General determines is essential to the success of an authorized criminal investigation or the successful prosecution of an individual involved in the criminal organization or enterprise; or (ii) who the Secretary of State and the Attorney General jointly determine (I) is in possession of critical reliable information concerning a terrorist organization, enterprise, or operation; (II) is willing to supply or has supplied such information to Federal law enforcement authorities or a Federal court; (III) will be or has been placed in danger as a result of providing such information; and (IV) is eligible to receive a reward under section 2708(a) of title 22, and, if the Attorney General (or with

respect to clause (ii), the Secretary of State and the Attorney General jointly) considers it to be appropriate, the spouse, married and unmarried sons and daughters, and parents of an alien described in clause (i) or (ii) if accompanying, or following to join, the alien; (T)(i) subject to section 1184(o) of this title, an alien who the Secretary of Homeland Security, or in the case of subclause (III)(aa) the Secretary of Homeland Security, in consultation with the Attorney General, determines (I) is or has been a victim of a severe form of trafficking in persons, as defined in section 7102 of title 22; (II) is physically present in the United States, American Samoa, or the Commonwealth of the Northern Mariana Islands, or at a port of entry thereto, on account of such trafficking, including physical presence on account of the alien having been allowed entry into the United States for participation in investigative or judicial processes associated with an act or a perpetrator of trafficking; (III)(aa) has complied with any reasonable request for assistance in the Federal, State, or local investigation or prosecution of acts of trafficking or the investigation of crime where acts of trafficking are at least one central reason for the commission of that crime; (bb) in consultation with the Attorney General, as appropriate, is unable to cooperate with a request described in item (aa) due to physical or psychological trauma; or (cc) has not attained 18 years of age; and (IV) the alien3 would suffer extreme hardship involving unusual and severe harm upon removal; and (ii) if accompanying, or following to join, the alien described in clause (i) (I) in the case of an alien described in clause (i) who is under 21 years of age, the spouse, children, unmarried siblings under 18 years of age on the date on which such alien applied for status under such clause, and parents of such alien

Specifically AB130 and AB131 known as DACA is illegal under (III) the alien (or in the case of an alien child under the age of 16, the parent, guardian, or next friend of the alien) has been helpful, is being helpful, or is likely to be helpful to a Federal, State, or local law enforcement official, to a Federal, State, or local prosecutor, to a Federal or State judge, to the Service, or to other Federal, State, or local authorities investigating or prosecuting criminal activity described in clause (iii); and (IV) the criminal activity described in clause (iii) violated the laws of the United States or occurred in the United States (including in Indian country and military installations) or the territories and possessions of the United States.

(II) in the case of an alien described in clause (i) who is 21 years of age or older, the spouse and children of such alien; and (iii) the criminal activity referred to in this clause is that involving one or more of the following or any similar activity in

violation of Federal, State, or local criminal law rape; torture; trafficking; incest; domestic violence; sexual assault; abusive sexual contact; prostitution; sexual exploitation; female genital mutilation; being held hostage; peonage; involuntary servitude; slave trade; kidnapping; abduction; unlawful criminal restraint; false imprisonment; blackmail; extortion; manslaughter; murder; felonious assault; witness tampering; obstruction of justice; perjury; or attempt, conspiracy, or solicitation to commit any of the above mentioned crimes; or (V) subject to section 1184(q) of this title, an alien who is the beneficiary (including a child of the principal alien, if eligible to receive a visa under section 1153(d) of this title) of a petition to accord a status under section 1153(a)(2)(A) of this title that was filed with the Attorney General under section 1154 of this title on or before December 21, 2000. In section (19) The term ''ineligible to citizenship,'' when used in reference to any individual, means, notwithstanding the provisions of any treaty relating to military service, an individual who is, or was at any time permanently debarred from becoming a citizen of the United States under section 3(a) of the Selective Training and Service Act of 1940, as amended (54 Stat. 885; 55 Stat. 844), or under section 4(a) of the Selective Service Act of 1948, as amended (62 Stat. 605; 65 Stat. 76) 50 U.S.C. App. 454(a), or under any section of this chapter, or any other Act, or under any law amendatory of, supplementary to, or in substitution for, any of such sections or Acts. In section (17) The term ''immigration laws'' includes this chapter and all laws, conventions, and treaties of the United States relating to the immigration, exclusion, deportation, expulsion, or removal of aliens. SB1310 clearly is illegal the defendants creating a state law not only violates state law but federal immigration laws for illegal immigrants in (2) Criminal and related grounds (A) Conviction of certain crimes (i) In general Except as provided in clause (ii), any alien convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of (I) a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime, or (II) a violation of (or a conspiracy or attempt to violate) any law or regulation of a State, the United States, or a foreign country relating to a controlled substance (as defined in section 802 of title 21). And (B) multiple criminal convictions any alien convicted of 2 or more offenses (other than purely political offenses), regardless of whether the conviction was in a single trial or whether the offenses arose from a single scheme of misconduct and regardless of whether the offenses involved moral turpitude, for which the aggregate sentences to confinement were 5 years or more is inadmissible. Moreover, (E) Certain aliens involved in serious criminal

activity who have asserted immunity from prosecution Any alien (i) who has committed in the United States at any time a serious criminal offense (as defined in section 1101(h) of this title), (ii) for whom immunity from criminal jurisdiction was exercised with respect to that offense, (iii) who as a consequence of the offense and exercise of immunity has departed from the United States, and (iv) who has not subsequently submitted fully to the jurisdiction of the court in the United States having jurisdiction with respect to that offense, is inadmissible. Sanctuary laws which is SB54 violate Pub. L. 101–246, §131(a), added paragraph (34) which read as follows any alien who has committed in the United States any serious criminal offense, as defined in section 1101(h) of this title, for whom immunity from criminal jurisdiction was exercised with respect to that offense, who as a consequence of the offense and the exercise of immunity has departed the United States, and who has not subsequently submitted fully to the jurisdiction of the court in the United States with jurisdiction over the offense.''

The Court can clearly read and is aware of these laws, but if the defendants just followed exiting laws in the section which address the illegality of a state law that can grant an illegal immigrant immunity, which is a crime. The Court must hold, the defendant's legislations are invalid and therefore the defendants state constitutions listed above are unconstitutional and therefore, the defendants legislation brings the plaintiff and the Negro race in California into peonage. In section (8) An officer or employee of a State or political subdivision of a State acting under color of authority under this subsection, or any agreement entered into under this subsection, shall be considered to be acting under color of Federal authority for purposes of determining the liability, and immunity from suit, of the officer or employee in a civil action brought under Federal or State law. (9) Nothing in this subsection shall be construed to require any State or political subdivision of a State to enter into an agreement with the Attorney General under this subsection. (10) Nothing in this subsection shall be construed to require an agreement under this subsection in order for any officer or employee of a State or political subdivision of a State (A) to communicate with the Attorney General regarding the immigration status of any individual, including reporting knowledge that a particular alien is not lawfully present in the United States; or (B) otherwise to cooperate with the Attorney General in the identification, apprehension, detention, or removal of aliens not lawfully present in the United States.

SB 1236 is in violation of section (3) Training of consular officers, the Secretary shall provide appropriate training to consular officers on the fair labor standards described in the pamphlet required under section 1375b of this title, trafficking in persons, and the provisions of this section. (4) Record keeping (A) In general the secretary shall maintain records on the presence of nonimmigrants holding an A 3 visa or a G–5 visa in the United States, including (i) information about when the nonimmigrant entered and permanently exited the country of residence; (ii) the official title, contact information, and immunity level of the employer; and (iii) information regarding any allegations of employer abuse received by the Department of State (c) Protection from removal. An although all these state laws call for no cooperation from state employees with federal employee's subsection § 1772 laws are clear.

International cooperation (a) International electronic data system The Secretary of State and the Commissioner of Immigration and Naturalization, in consultation with the Assistant to the President for Homeland Security, shall jointly conduct a study of the alternative approaches (including the costs of, and procedures necessary for, each alternative approach) for encouraging or requiring Canada, Mexico, and countries treated as visa waiver program countries under section 217 of the Immigration and Nationality Act 8 U.S.C. 1187 to develop an intergovernmental network of interoperable electronic data systems that (1) facilitates real-time access to that country's law enforcement and intelligence information that is needed by the Department of State and the Immigration and Naturalization Service to screen visa applicants and applicants for admission into the United States to identify aliens who are inadmissible or deportable under the Immigration and Nationality Act (8 U.S.C. 1101 et seq.); (2) is interoperable with the electronic data system implemented under section 1722 of this title; and (3) performs in accordance with implementation of the technology standard referred to in section 1722(a) of this title.

The defendants including DHS have created state laws to get around federal immigration laws, the only reason the federal and state would coordinate efforts on this scale is to kill of the Negro race, the plaintiff's race. It becomes clear to the plaintiff and the Count must concur here. All the DHS needed to do was to comply to section (3) Implementation (A) Department of Homeland Security (i) In general The Secretary of Homeland Security shall provide all border and immigration officials who inspect or review travel or identity documents as part of their official duties with the training described in paragraph (1)(C). Clearly the DHS and the

defendants are a terrorist organization creating new state laws so they are financed by federal dollars for a foreign race of people, therefore setting up a foreign puppet government within the U.S. boarders. The defendant Janet Napolitano, while under the color of authority, drove upon a state highway to enter into another state overreached her authority, to circumvent the nations federal immigration laws and created a memorandum dictating, the immunity for a foreign race, which states will pay for the existence of the foreign race knowing her job as the head of the Department of Homeland Security was to secure the American people. The Court must hold, the defendants each are terrorist and the Democratic National Committee is a terrorist organization.

Illegal immigrants are allowed under the defendant's draconian laws to take over American jobs; there this puppet government in the borders of the U.S are 100% employed, get 100% of the California benefits, In 2020 the immigrants had a line idem on the state budget which allocated $75 million dollars of Americans hard working money all goes to a foreign race of people who are here illegally, but have the 100% support of the Democratic Party. The Court must note, during the televised 2020 Democratic National Committee Party week of speeches. Every speech was about immigration and two Negro politicians, Harris and Powell, decided that day they didn't want to be black and so stated on the night of the DNC convention, that they were immigrants. Clearly the Court must agree with the plaintiff, being a half-breed is a form of mental retardation. This Court must hold Senator Harris a person of two races one Negro and one Indian, Senator Harris is married to a white man, Senator Harris has created legislation to incarcerate the Nero race, Senator Harris has created legislation to protect a foreign race of immigrants who are in the U.S. illegally, therefore Senator Harris then a racist? Therefore, all black women who marry white man is a racist.

The immigrant has totally taken over Fast-Food jobs in California and no American teenagers prior to 1995 have earned their summer money working in Fast-Food. A total American pastime so a 40 to 80-year-old illegal Mexican can get a job, unionize that community restaurant, and employ other wetbacks. American needs to stand up and need to Take Back Jobs Form Illegal Immigrants through legislative means. Immigration was the theme and conversation at the DNC National Convention, George Floyd's name was not mentioned by any of the Negro positions who spoke, so immigration will be the same legislative enactments if the Democratic Party wins the White House in 2020 not police killing of Negro American's.

The illegal immigrants are illiterate adults who are children to the State of California, without the plaintiff's tax dollars they would not be able to care for themselves or their five children. This is not the plaintiff's problem nor do he care about these foreign races of peoples. All illegal immigrants who have entered California prior to August 22, 1995 in are all financed by states and the federal government including by The CARES ACT. The defendants have allocated $23 million for immigrant college tuitions and The Heroes Act, theirs a line item in the act for immigrants in California. Also, the farm workers union are allowed to get pensions from the Veterans Affairs office and become members of the Veterans Affairs. The illegal immigrants have their medical payments paid for by the Heroes Act. How that works is in the Hero's Act which was written by the California Democratic Party, has a line item which states, "United Farm Workers Union members are allowed to join the U.S. Veteran Affairs for benefits and retirement." This is treason by the defendants, leaders of the democratic party who has aligned the financing of a foreign race of people by tax dollars to be used for illegal immigrants. The Court must hold the defendants have committed treason upon the U.S. Government. The defendants have worked out to have farmworkers union members be allowed to join the VA and benefit from that organization's services. With the CARES and the Heroes Act's paying for these immigrant services every year every American from Main to Hawaii will be paying for generations the financial services illegal immigrants are getting. The defendants have the knee neck of the citizen. The defendants in this case have forced indentured servitude on all the American people. All American's and their families who have fought in wars for the freedom for America and the world. All have been made worthless and their death not worth a "dime" all by the defendants' "political" actions. The Defendants need to step down and all these immigrant services stopped by the Court. They are unconstitutional.

This entire illegal funding of foreign nationals is illegal, and they are supported by the United States Government employees, who are the defendants in these claims. The defendants as state and city employees are guilty of segregation and in violation of Affirmative Action in the workplace and of Treason; as well as, they violate *California's* AB 781 which is the Dymally-Alatorre Bilingual Services Act including any requirement that an employee be bilingual, as a pretext for discrimination on the basis of race, national origin, or other unlawful discrimination in employment, including specifically any requirement that an

employee be bilingual and bilingual hiring requirements; as well as, § 11011 Affirmative Action Programs.

The defendant's actions violate the plaintiff's and the Negro race's Thirteenth Amendment rights to limit the applications of funding and financial welfare and all state services to DACA, DAPA, the sanctuary city and The Dreams Act and other illegal immigrant services. These state actions by the defendants are all racial discriminations upon the plaintiff and the Negro race. The defendants legislation furnished for the "private" us of a foreign people to use for their enjoyment and given American jobs, finance their education and paid for by the plaintiff and his Negro race, healthcare is paid for by the plaintiff and the illegal immigrants are encored to buy and sell real property and all wile given immunity to never be tried or accused for any state or federal crime. This is in violation of affirmative action laws in California.

California Immigration Services Funding offers payments each month to illegal immigrants and have been doing so since 1995. The 2018-19 immigrant services paid out of state funds $60 million dollars in a Cash Assistance Program for Immigrants. The defendants offered CalFresh to only California residents, it's a state law to not offer immigrants government benefits but the defendants amended the law in 2018 to add illegal immigrants who entered the United States prior to August 22, 1996 illegally. The plaintiff looks to Congress's support of the Fourteenth Amendment "in order to eliminate doubt as to the constitutional validity of the Civil Rights Act as applied to the States." The Court can view the defendants legislations intent was and has been devised for embezzlement and money laundering schemes called Immigration Services Funding and Cash Assistance Program; Medi-Care Eligibility and Californian Food Assistance Program of 1997, each and every of these embezzlement legislation involves, the California citizens tax dollars to be used to segregate medical services on state owned property to be used for illegal immigrants only and not the California tax payer of family members. The Court must hold, the defendant's legislations listed above, AB1576 California Food Assistance, AB2279 Cash Assistance Program, ABX1 Medi-Cal Eligibility for immigrants and SBX1 Medi-Cal Eligibility for immigrants. Are in violation of California's Affirmative Action law, in violation of Section 8(a)(1) of the Act makes it an unfair labor practice for an employer "to interfere with, restrain, or coerce employees in the exercise of the rights guaranteed in Section 7" of the Act.

The defendants tax embezzlement scheme includes the California Department of Social Services and sixteen departments and offices to funnel state tax dollars into the California Health and Human Services Agency which is a front to channel money that comes from the general fund into the listed above immigrants legislations. For example, all the laws have a reimbursement clause meaning it perpetual-the funding never ends, the taxpayer is funning these illegal schemes unwillingly and unknowingly. These defendants have created a scheme that involves the federal government reimbursing California for the taxes the defendants take from state taxes and local school taxes, then use those very same tax dollars to pay for the illegal benefits scams, known as the legislations above. In the 2019-'20 Governor's Budget proposal the defendant Newsom's first budget proposal called for the CSU to receive a total increase of $562 million over this fiscal current year. That included a base (ongoing) increase of $300 million as well as $247 million in one-time money for immigrant services. This scheme is sililar to the one just spoke to the Court about, but this budget proposal also included $7 million for legal services for undocumented students, faculty, and staff through the Health and Human Services budget. Also, the defendants, the California Legislature have a proposition in the 2020 election to repeal Affirmative Action. These complaints have addressed the violations the defendants have committed by violating the California Constitution on Affirmative Action. The Court must hold, the defendants Assembly Constitution Amendment 5(ACA5) that will go to the voters statewide on November 3, 202 is unconstitutional as stated from the facts in these complaints. The amendment's main goal is to revoke Proposition 209 the very actions the defendants the plaintiff has proved in these complaints are the very reason the defendants have written (ACA5) that the immigrant race could will be considered to be admitted into California's public universities and in recruiting efforts and admissions decisions, paid for the California taxpayer. The proposed amendment's Latino Caucus, that immigrant who are now university students will rise and take over California. The defendants have increased CSU budgets (chart below) over the years to assure the illegal immigrants students' populations will rise from 44% of UC undergraduates to hopefully 90%. Illegal immigrants at CSU is currently at 44%, already surpass that population of state guidelines. For example, Whites comprise 22% of UC undergraduates and 21% of CSU's, compared to 36% of the state's population. The plaintiff not the Negro race, are afforded any of these services, the California citizen

is not afforded these services. The Court must hold, the defendants discriminate and segregate the California budget in a discriminatory way to be used for illegal immigrants and not the American people. Therefore, the white man needs a line item on the budget for his race, the Negro needs a line item on the budget for their race, the Asian needs a line item in the budget for their race, the East Indian needs a line item on the budget for their race similar services for all citizens of California must be added to the California budget. Illegal immigrants need to come off all state budget lines. The Court must also hold, clearly the defendants have money to burn, therefore, all homeless people must be given life medical treatment for states sponsored segregation of an American who was told they were irrelevant so they can make the illegal immigrant "essential".




Defendant Napolitano is guilty of money Laundering , the creation and implementation of new anti-money laundering programs and creates potential criminal liability for institutions that are 'willfully blind' to money-laundering taking place within their institutions, this statement comes from The Patriot Act's provision. Title II of the Patriot Act, states that financial institutions must implement procedures to verify the identity of their customers and check their identities against lists of known or suspected terrorists. The Patriot Act's provisions require the creation and implementation of new anti-money laundering programs and creates potential criminal liability for institutions that are "willfully blind" to money-laundering taking place within their institutions. The conversion of my property is that it must be done with a serious intent of

depriving plaintiff of his and the Negro races rights. The legislation set by the defendants is to distribute the money to the nonprofits who the defendants describe as partners of California. They in turn will distribute the money to the immigrants. The defendants created immigration policies and scams that gives the illegal immigrants a separate budget line item on the California state budget to aligned with the CalFire Fire Protection budget. These separate but equal services are funded each year by the CalFire budget, which comes from state taxes and federal grants. As the state fire budget increases then automatically does the immigrant budget. As it increases it is aligned with the plaintiff tax dollars; as well as federal money which is given to California gets for reimbursement for the states fire suppression services, by the federal government. The plaintiff tax dollars are being used to pay for the existence of the illegal immigrant therefore, they or, nor were ever an 'essential worker' as SB54 proclaims. The illegal immigrant from Mexico and Central America owes it mere existence to the legislation above. Without the legislations above the illegal immigrant status of 'essential' becomes 'uselessness'.

The illegal immigrant is awarded jobs and benefits; moreover, the illegal immigrants are immune from being arrested; moreover, there are guidelines on how the police are to interact with the illegal immigrant unlike the Negro citizens who have no such protections. The plaintiff is denied the opportunity to compete alongside an illegal immigrant based on the noncompetitive clause the DHS memorandums have created. The CalFire budget comes from the state and is reimbursed by the federal government. For example, AB1593 although it is not getting the budget from CalFire the defendant's scheme, their action and motivations are similar. AB1593 amends the state income tax law, for tax purposes an individual of citizenship of immigration status. Be eligible for earned income tax credits subject for the individual taxpayer. SB1593 then imposes a mandate that requires the state to reimburse local agencies and school districts for certain costs mandated by the state . . . impose a state-mandates local program. . . establishes the continuously appropriated Tax Relief and Refund Account and provides that payments required to be made to taxpayers or other persons from the Personal Income Tax Fund are to be paid from that account, including any amount to be paid as an earned income tax credit in excess of any tax liabilities. The defendants similar to CalFire amendments are having the tax payer pay to allow illegal immigrants to receive, cash, medical benefits, FREE college, tax refunds on income not earned. The defendant's actions violate the

commerce clause, tax lax, embezzlement of federal funds, misappropriation of state funds, theft and treason.

This statement below was made in 1937 by a former slave, his statement of his life and is a mirror of today that the same depravation the Negro race in dealing with man hasn't changed. The white man ordered the Negro to call it master and that same white man is now demanding to be called a fag.

" Lord child, I remember when I was a little boy, 'bout ten years, the speculators come through Newton with droves of slaves. They always stay at our place. Then the paddyrollers they keep close watch on the pore niggers, so they have no chance to do anything or go anywhere. They jes' like policemen, only worser. 'Cause they never let the niggers go anywhere without a pass from his master. If you wasn't in your proper place when the paddyrollers come they lash you til' you was black and blue. The women got 15 lashes and the men 30. That is for jes bein' out without a pass. If the nigger done anything worse he was taken to the jail and put in the whippin' post. They was two holes cut for the arms stretch up in the air and a block to put your feet in, then they whip you with cowhide whip. An' the clothes shore never get any of them licks." U.S. History, Slave Narrative, W.L. Bost, September 1937

The defendants are guilty of treason against the United States. The Napolitano self-governing machine was not granted authority as a legislative arm of the government, she was not granted the authority as a member of Congress and was not granted the authority as a member of the Courts. Her entire machinery form of democratic government was Napolitano and Napolitano alone to decide the fate of what race will live in certain parts of the United States, what race of people is going to be a citizen of the United States and what race of a people will receive state sponsored financial assistance, paid for by the tax paying citizen in that particular state. Defendant Napolitano decided what race of a people from other countries receive state's immunity and what race of people will not get states sponsored immunity. The defendant Napolitano memorandum and subsequently the others to follow by her predecessor created guideline and rules that police guidelines in the legislative mentioned above. The memorandums or legislations know as SB54, SB1310, AB130, AB131 and AB4 are employee guidelines they use when dealing with this illegal immigrant community; these are the exact same rules and guidelines California adopted in 1995. Defendant Napolitano are in violation of the National Labor Relations Act of 1935, the

memorandum set fourth rights of employment for the immigrant illegal in the U.S. but it also describes unfair labor practices for those FINE MEN AND WOMEN IN BLUE by interfering with their working rights of their employees who are union members or organized labor members. By imposing legislation, which impose additional duties out of the scope of their current collective barging agreements. The defendants are in violation of individual states local barging restrictions and their members (police) collective bargaining agreements. This unfair labor practice can and is affecting commerce. The court has held, that one way to establish the existence of a municipal policy or custom is through a showing of "deliberate indifference" by high-level officials. Which is systemic racism, is when a policymaking official exhibits deliberate indifference to constitutional deprivations caused by subordinates. Such that the official's inaction constitutes a deliberate choice, that acquiescence may be properly thought of as a city policy or custom that is actionable under the deliberate indifference requires proof that a municipal actor disregarded a known or obvious consequence of his action. Recognizing that deliberate indifference is a stringent standard of fault, the Second Circuit requires that the policymaker's inaction was the result of 'conscious choice' and not 'mere negligence. Floyd v. City of New York, 959 F. Supp. 2d 540.

National Labor Relations Board ascribing various meanings to "discrimination." Thus, the word sometimes has been used to refer simply to any employer adverse treatment of employees, whether or not caused by employee exercise of rights protected under Section 7 of the Act; sometimes, although not limited to employer treatment caused by employee exercise of Section 7 rights, it has been limited to employer treatment of employees that is differential, or that is based on arbitrary reasons on the part of the employer, or that is imposed by the employer in a context of employee exercise of Section 7 rights. And, in other cases, "discrimination" is taken to mean only employer treatment of employees that is caused by employee exercise of Section 7 rights.

The Meaning of Discrimination, regarding Section 8 (a) (3) is that no employer shall justify any discrimination against an employee for non-membership in a labor organization, discrimination, also appears to be a generic term for all forms of adverse treatment of employees. But, at these two points in the Act, Congress qualified the words "discriminate" and "discrimination" by stating the circumstances under which employers' acts of discrimination are to fall within the scope of the statutory language. In these two situations, the Act expressly

provides that the discrimination is only to come within the statutory language when it is visited upon an employee for one of the stated reasons, that he filed charges or gave testimony under this Act or that he was not a member of a labor organization. No such qualification is found in the use of the word "discrimination" to denote a Section 8(a) (3) unfair labor practice.

Here in these complaints the defendants legislations speaks only of discrimination... to encourage or discourage membership in any labor organization and does not expressly limit the circumstances under which the discrimination is to come within the scope of the statutory language. The plaintiff questions to the Court are. If the word discrimination as used without such qualification also means nothing more than adverse treatment of employees, are the defendants' legislations above are they employer adverse treatment of employees? Are the defendants' legislations listed above including treatment that was not caused by employee exercise of Section 7 rights, discrimination under Section 8(a) (3)?

The Court must hold, the adverse treatment of employees by the defendants, their employee's has exercised their Section 7 rights; therefore the Court finds that an employer (defendants) engaged in Section 8(a) (3) discrimination? The courts have made statements supporting different answers to this question. In some cases, "discrimination" is used to mean employer adverse treatment of employees that need not be caused by employee exercise of Section 7 rights. At one point in the Radio Officers' case, the Supreme Court seems to have used the word in this sense. The Court said, in past cases, we have been called upon to clarify the terms 'discrimination' and membership in any labor organization. Discrimination is not contested in these cases involuntary reduction of seniority, refusal to hire for an available job, and disparate wage treatment are clearly discriminatory thus equating "discrimination" with any adverse treatment of employees.

The Court is also aware of additional requirements, that the treatment of employees be differential; or that it be caused by arbitrary reasons on the part of the employer; or that, though not caused by employee exercise of Section 7 rights, it be imposed by the employer in a context of employee exercise of Section 7 rights, are considered necessary. Here, the defendants arbitrarily decided to advocate for a race of people from a foreign land instead of the American people who they all sworn an allegiance to.

Justice Clark required differential employer treatment of employees in his dissent in the Teamsters, Local 357 case when he said, "The plain and accepted meaning of the word 'discrimination' supports my interpretation. In common parlance, the word means to distinguish or differentiate. Without good reason, the Court should not limit the word to mean to distinguish in a particular manner i.e., on the basis of union membership or activity so that a finding that the hall dispatched employees without regard to union membership or activity bars a finding of violation. Given that interpretation of the word 'discrimination', it becomes necessary to determine the class of employee involved, and then whether any differences in treatment within that class are present. And Judge Friendly, dissenting in the Miranda Fuel case, 12 accepted Justice Clark's requirement and added a second, saying. Although in common parlance, the word to discriminate means to distinguish or differentiate,' 365 U.S. at 689. Defendant Napolitano discriminates as an employer in the workplace.

Defendant Napolitano memorandum violates the plaintiff rights and that of the Negros in California, the rights to organize, they infringe on the freedom of expression and association which is a staple of the Supreme Court's business and a frequent inquiry by my race. Clear and present danger, the Court must agree these political acts put the plaintiff and the Negro race into California State sponsored slavery. 'Symbolic expression' cases have been those the Court contains the critical testing of the core of doctrines or memorandums that introduces problems to free expression. The defendants moving the lives of the illegal immigrant forward to become citizens of the U.S.; all while, implementing states laws on the plaintiffs and Negro lives to end. Keeping in mind the illegal immigrant has been given immunity from being harassed and to stay out of jails and prisons and therefore, being able to be keep alive. For the plaintiff and the Negro race are offered us 'Joe', Joe Biden, the sponsor and in many cases the primary architect of every significant federal bill in the '80s and '90s, which exacerbated and continues to mass incarceration of black men and women.

'Joe' gave the plaintiff and the Negro race, S.1043 Police Officers Bill of Rights Act of 1991 which is being used to shield those police officers who murdered George Floyd and what the democrats after Mr. Floyd was murdered choose not to create a "memorandum" or act on the legislature the Republicans bought to the House floor which was to offer the American Negro their long overdue " Dreamers Status".

'Joe' gave the plaintiff and the Negro race the Comprehensive Crime Control Act of 1984 it imposed mandatory minimum sentence and three-Sticks legislation; as well as, Anti Drug Abuse acts of 1986 which treated crack cocaine far more harshly than powdered cocaine. It was designed to and accomplished separating black men from their families and therefore, contributed to the destruction of the black family unit. In 2020, every adult black person had their father at one point arrested.

For some examples of 'Joe' legislation of 1984, a person usually a black man with 5 grams of crack cocaine is treated the as the same crime as if it was 500 grams of cocaine.

The legislation provided federal money for 100,000 cops and prisons and following the passage of the 1994 crime bill, incarcerations rates in the U.S. continue to rise, and its been more than a decade after its implementation. But the immigrants are given by the very same democratic leaders, Immunity, The are called Dreamers, Access to the V.A., California pays them a salary for continuing to bread, DACA, CAPA, the defendants advocate in the halls of Congress for them, Allowed to take American Jobs, called Essential Workers, Given Covid19 testing priorities. As of July 2020 the DNC has given several media statements allowing and directing State Funds to allow immigrant organizations to spear head California Covid19 under a Mexican name. Also, Apartheid ended in South Africa in 1994 when 'Joe' authored the 1994 Crime Bill. Also the following laws were passed in 1994, the same year Apartheid ended in South Africa.

| |
|---|
| California Three Strike Law |
| S.1043 Police Officers Bill of Rights |
| Add Prison Grants, Grant for police for drug and gang crimes Act '94 |
| Social Security Improvements 1994 |
| Federal Crime Bill - Grants for prisons |
| Welfare Reform |
| Work Responsibility Act |
| Family Self Sufficiency Act |
| Real Welfare Reform |
| California Three Strike Law |
| an "alien" or a "national of the U.S." requires a case-by-case analysis |

'Joe' coined the phrase 'drug Czar' in 1992 and created the National Drug Control Policy (ONDCP) who's head is referred to as the drug czar with a budget of $7.884 billion to enforce his polices. (round up the black people)

'Joe', and his violent Crime Control and Law Enforcement Act of 1994, sub-division B (5), Local Crime Prevention Block Grant payment to local governments to saturation of midnight basketball sports league programs that require each player to attend employment counseling, job training classes.

Mandatory Life Imprisonment for persons convicted of certain felonies, the act requires that a person convicted in a court of the United States be sentenced to life in prison, (1) the person has been convicted on separate prior occasions in a Federal or State Court of two or more serious crimes, or of one or more serious violent felonies and one or more serious drug offenses, and (2) each violent felony or drug offense be used as a basis for sentencing under each provision, other than the first, was committed after the defendants conviction of the preceding serious drug crime.

In 1998, 'Joe's' daughter Ashley was arrested in possession of drugs. While with other in the country are arrested for the same crime spanning decades, Ashley was never convicted for the same offenses; in which the law was written, by 'Joe'.

Criminal Aliens and Immigration Enforcement provides for the deportations and authorizes the Deportation Branch to apprehend illegal aliens who attempt entry into the United States or entry fraudulent documents or who remain in this country after nonimmigration visas expire. It also authorizes the INS transportation of deportable aliens who are arrested for misdemeanor or felony crimes under state and federal law and who are unlawfully within the United States. Title XIV, for youth violence, the Act reads, provides for the prosecution as adults of juveniles 13 or older for specified crimes and crimes of possession of a firearm. Section 14002 Prohibits a juvenile from being transferred to adult prosecution. The defendants all democratic leaders have offers legislation as described above to kill of the American Negro race. The very same democratic leaders have legislation as described above to enhance the procreation to illegal immigrant race from Mexico. The Court must hold, saddled with such disabilities, the defendant's legislation has put on the plaintiff and the Negro race. The defendant's history is of such unequal treatment, or related to such a position of

political powerlessness, the Court seems proper here as protection from the defendants majoritarian political legislations, which is an attack upon the plaintiff and the Negro race. The Courts have had discussions and Courts decisions to distinguish black from white privileges or women from men privileges and therefore the Courts root decisions have come from prior cases. These complaints about the defendants are of the deliberate annexation and extermination of the Negro race by legislations. The defendant's legislation to generalize through legislation the Negro race to inferiority at the same, the defendant's legislation of texts of myths of the illegal immigrant being 'essential'. The danger is many but the plaintiff points out the greater danger in the situation the plaintiff's Negro race overtime will with the validity of the defendants legislations, put the Negro race in a stereotypical classification which by virtue of their legislation. The American Negro's classification will be that of a negative myths and indeed the realities of the entire race will become generalized based on the myths within the defendants legislations. The Court must hold, the defendant's legislations are 'political' therefore the plaintiff and the Negro race is powerless and the Court is intervening with justifiable conclusion, the defendants legislation is 'suspectness'. The Warren Court held in Grahm v. Richardson (1971), this case involved illegal immigrants who challenged a state law who were denied welfare benefits because their classifications are 'suspect' (a) to all noncitizens and (b) to aliens who had not resided in the U.S. for a total of 15 years. The Court held those eligibility restrictions unconstitutional. The Courts holding also established that classification based on alienage, like those based on race or nationality are inherently suspect and subject to judicial scrutiny. These is also an immigrant class cases, Unites States v. Carolene Products Co, 304 U.S 144 (1938); Takahashi v. Fish & Game Comm'n 334 U.S. 410 (1948), the Court held states were not discriminating with respect to race or nationality, the favoring of American citizen over aliens is distributing welfare benefits involved no 'invidious discrimination'. The Court must hold, the defendants are guilty of distributing benefits to illegal immigrants and not all American's in the State of California. The Court must also hold, per the Takahashi v. Fish & Game Comm'n 334 U.S. 410 (1948), the defendants the leaders of the State of California must distribute the same and similar services they have given to illegal immigrants the must give to all California citizens starting from 1995, when the benefits became available to the illegal immigrants.

Under DACA, DAPA, Immunity laws, Sanctuary City ordinances and other immigrant ordnances which are unconstitutional. Currently despite exiting Federal and California laws, immigrants have rules not to be contacted by federal and state police, known as Immunity, DACA and they area called Dreamers. The are individuals who entered the U.S. under 18 and the defendants want to obtain conditional permanent residents' status up to 10 years. The plaintiff and his race has asked since 1619 for Dreamer status, when slavery started in America when the plaintiff Negro's races was purchased on the street of America, Dreams Status was denied to the Negro race, a counties legal system that's deeply rooted in the American Dream has been denied to the Negro race, by the very same defendants seeking the Dream for a foreign born national. For the immigrant community in California staring in 1989, the defendants of the State of California granted the city of San Francisco passed to create a refuge "City and County of Refuge" Ordinance (also known as the Sanctuary City Ordinance). The Sanctuary City Ordinance generally prohibits City employees from using City funds or resources to assist Immigration and Customs Enforcement ICE in the enforcement of Federal immigration law unless such assistance is required by federal or state law. In 2013, San Francisco passed the "Due Process for All" Ordinance. This ordinance limits when City law enforcement officers may give ICE advance notice of a person's release from local jail. It also prohibits cooperation with ICE detainer requests, sometimes referred to as ICE holds.

These ordinances were last amended in July 2016. Under current law, City employees may not use City resources to:

- Assist or cooperate with any ICE investigation, detention, or arrest relating to alleged violations of the civil provisions of federal immigration law.
- Ask about immigration status on any application for City benefits, services, or opportunities, except as required by federal or state statute, regulation, or court decision.
- Limit City services or benefits based on immigration status, unless required by federal or state statute or regulation, public assistance criteria, or court decision.
- Provide information about the release status or personal information of any individual, except in limited circumstances when law enforcement may respond to ICE requests for notification about when an individual will be released from custody.

- Detain an individual on the basis of a civil immigration detainer after that individual becomes eligible for release from custody.

The defendants action by creating a group program based on race violates the affirmative Acton laws violate the plaintiff's Fourteenth Amendment rights and the ,California Constitution, and § 601 of Title VI of the Civil Rights Act of 1964, which provides, *inter alia,* that no person shall on the ground of race or color be excluded from participating in any program receiving federal financial assistance. Regents of the University of California, petitioner, v. Allan BAKKE. Racial and ethnic classifications of any sort are inherently suspect and call for the most exacting judicial scrutiny. While the goal of achieving a diverse student body is sufficiently compelling to justify consideration of race in admissions decisions under some circumstances, petitioner's special admissions program, which forecloses consideration to persons like respondent, is unnecessary to the achievement of this compelling goal and therefore invalid under the Equal Protection Clause. Pp. 287-320. Title VI proscribes only those racial classifications that would violate the Equal Protection Clause if employed by a State or its agencies. Pp. 281-287.

In addition, the University of California may properly as it in fact does not do now, consider other factors in evaluating an applicant for admission to its college campuses, such as the personal interview of American, the qualifications for financial aid, consider other races for admission, and matters relating to the needs of the profession and society for the American citizens, such as an applicant's American birth certificate. The defendants, AB130, AB131, AB4, AB54, public and post-secondary for non-citizens programs and SB141 are uncommon in their instances, where established separate school admission, job opportunities and government support legislatively or economically is essential to feed the illegal immigrant and his five children financed by the state. These are the foreign nations of people(s) who are designated as "essential workers" as a race they are so intertwined with the California Legislative body; as SB54, DAPA, DACA the DREAMERS memo is summed up as 'equal but separate accommodations' as proposed in the texts of the legislations. Some examples of the text of the legislations provides separate accommodations in public spaces by stating,

SB54- This bill would, among other things and subject to exceptions, prohibit state and local law enforcement agencies, including school police.

SB4 - This bill would prohibit a law enforcement official, as defined, from detaining an individual on the basis of a United States Immigration and Customs Enforcement.

AB2792 - his bill, the Transparent Review of Unjust Transfers and Holds (TRUTH) Act, would require a local law enforcement agency.

In short, the standards for admission and employed by the University, state actors and employees are not constitutionally infirm except to the extent that they are utilized in a racially discriminatory manner. Negro applicants are not evaluated similar to those from another nation and here illegally, nor given state financial aid to attend college the plaintiff and the Negro race must be eligible for similar consideration. Evil is the genesis of SB54 the Negro's tax dollars are used to pay for another nations race of a people to live and polices written by a democratic elected official of that favored race, DeLeon is an Evil Fucking Ass California Legislature Member.

Plaintiff asks the Court two questions regarding SB54 (1) What evidence does the defendants have that the Congress which submitted and the State legislatures and conventions which ratified the Fourteen Amendment contemplated segregation in public schools by a foreign nationals against an American Negro? (2) If neither the Congress in submitting nor the States in ratifying the Fourteenth Amendment understood that "equal but separate accommodations" in education was for a foreign nationals' non-white is enforceable as equal under the law? The answers to the questions are within the judicial powers, to invalidate by finding AB54 unconstitutional; then SB54 is segregation in the workplace and segregation in public schools. In Cumming v. County Board of Education, 175 U.S. 528 and Gong Lum v. Rice, 275 U.S. 78, the validity of the doctrine itself was challenged. Courts have labored with doctrine, policies, and memorandums for over a century so the memorandums and policies from the defendants especially the University California Regents and Janet Napolitano involve the Courts interpretation if the defendants are proscribing state-imposed discrimination and re-segregating California through federal grants against the plaintiff and the Negro race in California. The defendants should not accept or rejected applications for admission because of a race; although the defendants are in favor of the illegal immigrant race who is less qualified, as measured by standards applied regard to

the race of the Negro. Therefore, the defendants are giving illegal immigrants, affirmative action treatment to which is unconstitutional and in violation of California Affirmative Acton Constitutional law. The polices written by the defendants to assure the plaintiff and the Nero race do not procreate are AB54, DACA, DAPA, Sanctuary City ordnances and H.R. 4566, Congress, Real Welfare Reform subtitle B, (1) establishes or expand out-of-wedlock pregnancy reduction program.

To reiterate the plaintiff and the Negro race had legislative discrimination before, but the Negro race complaints have been against white privilege. Now foreign nationals who are here illegally from Mexico and Central America have more rights than the plaintiff and the Negro race. The Court must hold the subsection 1982 bars *all* racial discrimination, *private* and *public* in education as well as public education property, and that SB54, thus constructed, is invalid exercise of California Legislative and DHS (private) Federal power not of Congress so it should not be enforced against the plaintiff's and Negro races Fourteenth Amendment rights. The plaintiff's claims compel the defendants to provide equal service and privileges in public educational spaces for American's similar to the foreign national the illegal immigrants from Mexico and Central America. The plaintiff's claims show the defendants misinterpretation of the Framers' constitutional provisions, limit its application SB54 does not follow the adoption of the Fourteenth Amendment and does compel the University to utilize only 'the highest objective academic credentials' as the criterion for admission. 18 Cal.3d 34, 54-55, 132 Cal.Rptr. 680, 693-694, 553 P.2d 1152, 1166 (1976) (footnote omitted). Defendant's' de fac'to discrimination is a purposeful discrimination that appears on its face to be a statute, but memorandums and politics created it by the defendants and for the defendants to be independently administered through their "political" acts and partnership within the Immigrant Non-profit organizations to policy make and administer. SB54, AB1576, AB2779, SB1236, AB130, AB131, AB4, ABX1, SBX1, AB263, AB1024, SB1310, SB477, SB141, SB1159, AB1593 partners and partnerships of illegal immigrant non-profits all are in violation of Section 501(c)(5)provides for exemption of labor and may be subject to tax under section 527(f), agricultural or horticultural organizations. To be exempt an organization must meet the following requirements (1) The net earnings of the organization my not inure to the benefit of any member (2) The

objects of the organization must be the betterment of conditions of the improvement of the grade of their products and the development of a higher degree of efficiency. Generally, an organization is not described in section 501(c)(5) if its principal activity is to receive, hold, invest, disburse, or otherwise manage funds associated with savings or investment plans. Seeking legislation germane to the labor or agricultural organization's programs is recognized as a permissible means of attaining its exempt purposes. However, a section 501(c)(5) organization that engages in lobbying may be required to either provide notice to its members regarding the percentage of dues paid that are applicable to lobbying activities or pay a proxy tax. A section 501(c)(5) labor or agricultural organization may engage in some political activities, however, so long as that is not its primary activity. However, any expenditures it makes for political activities may be subject to tax under section 527(f).

Your Honor, the Chicano lead California legislature is using the state and federal revenue only for illegal immigrants from Mexico and Central America and they are excluded them from being arrested but given healthcare, education, and the jobs. But in November of 1994, Golden State voters and the plaintiff was one of then approved Proposition 187, a bill aimed at prohibiting illegal aliens from accessing the majority of state-funded social services, this was a great bill. Proposition 187 was immediately enjoined by the federal courts. It was subsequently overturned, in a poorly reasoned decision, as an intrusion into the federal government's exclusive authority to regulate immigration. Because California's Attorney General never appealed the decision, it still stands. Nevertheless, the successful passage of the bill – by a whopping 17 percentage point margin – demonstrated average Californians' concern over the soaring costs associated with providing social services to the state's massive population of illegal immigrants from Mexico and Central America. The state has a recent history of encouraging illegal aliens to seek refuge its communities and attempting to shield immigration violators from deportation, even those with criminal convictions. Listed below are just a few of the atrocious measures passed by the California legislature in a deliberate attempt to nullify the Immigration and Nationality Act. In January 2018, Senate Bill 54 effectively bars California law enforcement agencies from any meaningful cooperating with federal immigration officers. In particular the law, Prohibits California officials from retaining a jailed immigration violator for transfer to U.S.

Immigration and Customs Enforcement ICE. IN 2020 The California Legislature has passed a $214.8 billion budget; with the package the budget includes money to give taxpayer-funded health insurance to some low-income illegal immigrants. Low-income illegal immigrants 19 to 25 would get government-funded health insurance. It would cost an estimated $98 million to cover about 90,000 people. But Californian's who are not illegal immigrants from Mexico and Central American when they refuse to buy health insurance would have to pay a tax which is a state penalty. And the budget would spend $17.1 million to help illegal immigrants get on Medi-Cal access vision, hearing, incontinence creams and washes, podiatry, and speech therapy.

Also, in 2020 the defendants, the California Chicano Legislative Caucus and their follower Newsom announces $125 million fund for undocumented immigrants impacted by coronavirus. Immigrant residents in California and state funding for immigrant legal services, including for students at the California Community Colleges (CCC), California State University (CSU), and University of California (UC); (2) provide an implementation update on each segment's immigrant legal services program; (3) describe the Governor's January and May proposals to provide additional funding for immigrant legal services at the segments; and (4) provide an associated budget alternative for the Legislature to consider within the context of the state's budget downturn. These state partners and partnerships as well as the ones listed below are in violation of Section 501(c) (5) because their or its principal activity is to receive, hold, invest, disburse, or otherwise manage funds associated with savings or investment plans. The Court must hold, the defendants and their partners and partnerships are in violation of Section 501(c)(5) and also the organization that engages in lobbying may be required to either provide notice to its members regarding the percentage of dues paid that are applicable to lobbying activities or pay a proxy tax.

California has an estimated 2 million immigrants living in the country illegally. Since 2015-'16 the state currently provides the Department of Social Services (DSS) with $45 million ongoing General Fund for the Immigration Services Funding program. Under this program, DSS contracts with nonprofit organizations (legal service providers) to help immigrants of all ages free of charge. Common services include (1) providing community-based outreach and education to immigrants

(such as through "know your rights" presentations), (2) application assistance for immigrants seeking to become naturalized citizens, (3) consultations for undocumented individuals to discuss with an attorney options for obtaining legal immigration status (such as applying for a visa), (4) assistance with renewing DACA status, and (5) legal representation for undocumented immigrants facing deportation. In 2018-19, the Immigration Services Funding program served 206,000 individuals through community-based outreach and education services. According to DSS, a smaller number of people received one-on-one services, including legal consultations, DACA renewal assistance, and representation in deportation proceedings. The Immigration Services Funding program likely serves some college students and employees. The defendants are Funding Immigrant Legal Services Specifically for College Students. California's three public higher education segments collectively serve tens of thousands of undocumented students. Specifically, CCC serves an estimated 50,000 to 70,000 undocumented students, CSU serves about 10,000, and UC serves about 4,000. In 2018-19, the state began providing General Fund support for each of these three segments to offer legal services to these and other immigrant students (as well as employees). The primary purpose of the programs is to increase students' access to these services by placing attorneys and other legal staff on campuses. The amount of funding provided, the agency administering the programs, the types of services provided, and the current status of program implementation vary by segment, as described in the next section. Below is an implementation of each segment's immigrant legal services programs.

| | CCC | CSU | UC |
|---|---|---|---|
| State Funding | $10 million one time (2018-19) | $7 million one time (2018-19)<br>$7 million ongoing (beginning 2019-20) | $4 million one time (2018-19) |
| Administering Agency | DSS | DSS | UC |
| Eligible Clients | Students and employees | Students and employees | Students and family members |
| Services | Basic services | Basic services | Wider range of services |

DSS = Department of Social Services.




Contracts Awarded Over Multiyear Period are below**.** DSS' contracts with the nine providers total $9.5 million and run through January 30, 2022. DSS also has entered into multiyear contracts with (1) the Foundation for CCC to provide technical assistance to DSS, and (2) the Immigrant Legal Resource Center, a nonprofit organization based in San Francisco, to provide support to the legal service providers as well as post up-to-date information for students and staff on the CCC Chancellor's Office website. The table below summarizes these agreements.

| Organization | Number of Hub Colleges | | Funding[a] |
|---|---|---|---|
| **Legal Service Providers** | | | |
| United Farm Workers Foundation | | 16 | $2,250,000 |
| Coalition for Humane Immigrant Rights | | 14 | 2,159,000 |
| Central American Resource Center | | 8 | 1,250,000 |
| Jewish Family Service of San Diego | | 8 | 1,000,000 |
| TODEC Legal Center | | 7 | 1,000,000 |
| Immigration Institute of the Bay Area | | 5 | 750,000 |
| East Bay Community Law Center | | 4 | 600,000 |
| VIDAS | | 2 | 300,000 |
| Community Action Board of Santa Cruz | | 1 | 200,000 |
| **Subtotals** | | **(65)** | **($9,509,000)** |
| **Technical Assistance and Other Program Support** | | | |
| Foundation for CCC | Statewide | | $266,000 |
| Immigrant Legal Resource Center | Statewide | | 225,000 |
| **Subtotal** | | | **($491,000)** |
| **Total** | | | **$10,000,000** |

The plaintiff and the Negro's are refused services they pay for and the Negro's clearly are the only race going to jail or prison and cannot benefit from the educational, medical, psychological and life guarantees as the illegal immigrant from Mexico and Central America. All policies that bring the plaintiff and the Negro race into slavery or involuntary servitude. All by the democratic party that have cause so much discrimination in the State of California towards the plaintiff and the Negro race. The citizen in America knows the Negro is viewed as a criminal and society and weaponizes it to their joy. For example, on May 25, 2020 an incident in New York's Central Park in which a white woman, Amy Cooper, called police to report she was being threatened by an African American man, Christian Cooper, no relation, after he told her to leash her dog. For example, in 2020 a 15-year-old Negro girl in Michigan has been locked up in juvenile detention for more than two months after a judge ruled, she had not completing her online schoolwork, according to an exclusive report by ProPublica. For

example, on April 2018, a white woman calls police in the City of Oakland on a family who are Nero, their crime, grilling in one of the park's designated barbecue zones using a charcoal grill, instead of a "non-charcoal" grill. A recent example, during basketball game in California, an Alameda County Sheriff officer named Alan Strickland told investigators he was trying to stop the Raptors president because he did not know who he was, and he was not wearing proper credentials. The deputy said Mr. Ujiri hit him and it was unprovoked and was hit to the jaw after Mr. Ujiri shoved him and he now suffers a serious concussion and a serious jaw injury. To further this claim, there is a ABC news feed, in which Sargent Kelley of the Alameda County Sherriff department stating he has reviewed the body camera footage and one hundred percent can support from what he's seen on the video Mr. Ujiri hit the officer and has recommended charges be filed and sent the file to the district attorney office against Mr. Ujiri. Seven month later, the officers body camera footage from that incident was released, it shows the officer was the aggressor. The body cam shows, a Mr. Ujiri being shoved one by officer Strickland. Mr. Ujiri puts his has up similar to a surrender, then the officer pushes him again, while Mr. Ujiri hands are in, the air. It is clear in this situation, a black is confronted by police while his hands are in the air he is shot twice, the officer's statement at the time was he feared for his life. Months later the body cam shows the black man with his hands in the air and shot by police and not charges filed because of immunity the police officer is given. When men are pieces of SHIT! Mr. Ujiri is a Canadian citizen, wearing a suit was shot twice for being a threat to that officer. This narrative is played over and over and over it does not matter if a Negro is in a suite, jogging, sleeping in a car all it means a city employee can kill and there is not consequence for that employee's conduct. By not offering the plaintiff and Negro race mutual combat and defendants violate the commerce clause*,* Gibbons v. *Ogden* (1824). Therefore, when combined with the Necessary and Proper Clause given Congress's powers to make all laws which shall be necessary and proper for carrying into execution its enumerated powers. But unfortunately for the Negro the plaintiff race, Commerce Clause did not give Congress power to touch slavery that was allowed by state governments within their borders. The text within the Commerce Clause raises three questions of interpretations as to it pertains to mutual combat for the plaintiff citizen of the Unites States. What is the meaning of 'commerce' among the fifty states regarding the meaning of, 'to regulate' as it refers to mutual combat? This Court

is aware that each of these terms of the 'Commerce' power had, an expansive meaning in common discourse. What is the meaning of mutual combat of "among several states"? Does the meaning of the terms of the Commerce Power for mutual combat seem to be found at the time of the Republic's founding? Which is an expansive meaning in common discourse, or the Court can claim commerce powers are limited to the "cause" raised in using mutual combat? At the time of the founding of the Republic, commerce meant the activity of selling, trading, exchanging, and transporting "people". Therefore, the Court has held in prior Court cases of people are found to be commerce and the commerce clause says the Negro slave was commerce and the defendant's legislations in these complaints address the plaintiff and Negro race as commerce. Therefore, the Court must hold, the "Commerce" is activity of selling, trading, exchanging, and transporting goods and people is the activity to protect those people. "To regulate" means to make regular and mutual combat must be made regular as a defense to city and state employee but at least with respect to the international trade and including State's partners and vendors it also includes the power to ban the trade in some items, the Court can interpret that as banning killing the Negro American by city and state employees traveling from states where they live to states where they work or on the highway to work with citizens of those states, just as Congress banned the slave trade they can ban the killing of Negro citizens. Among the several states meant between one state and others, not within a state, where slavery existed as an economic activity. So, clearly mutual combat in the terms of 'Commerce' within these complaints which can be limited to trade, exchange or transportation of people; therefore, if a Negro is on a state highway with his family and in the exchange with people (police) and based on the interpreted reaction by the people (police) social interaction must be the activity (mutual combat).

As to regulate, mutual combat, the Court can look to the clause "regulate" any prohibition on trade to regulate itself, this particular commerce is of the type to govern which includes prohibitions. Clearly the defendant's legislations listed within these complaints sets the Negro's the plaintiff's race for termination. The plaintiff and the Negro race WILL NOT let that stand. Therefore, mutual combat is permissible to regulate the stopping of a police officer(s) from taking a life or your

life of a Negro. Which is a limited use of the Commerce Clause, to make regular, the limited use of mutual combat against a police officer(s).

Commerce Clause between states or people of the states. Mutual combat in terms of among the several states. The Negro can engage in mutual combat with police in all 50 states or between police within the same state, or among the people of every state who are partners and vendors to that state(s).

In addition to other pervasive evidence of the public meaning of these terms, the slavery issue helps clarify the original public meaning; as well as, the current need to mutual combat within these terms. "Commerce" is meant as the activity of selling, trading, exchanging, and transporting goods and people, as distinct from producing the things being moved. "To regulate" meant to make regular, but at least with respect until the threat has stopped by that officer(police) or those police officers that can be included in the power to ban the trade in some items, as Congress banned the slave trade, but the democratic party has legislations to "revise he good old times" which is their perverted religions past times; the plaintiff and the Negro race WILL NOT let that stand, hence mutual combat is a constitutional. Among the several states meant between one state and others, not within a state, where slavery existed as an economic activity. Clearly, the defendants have been here before with the Commerce Clause original purpose was to sell the plaintiff's Negro race. The watermark of congressional power the cases which are the pretext to executing the Courts power to accomplish the goal of preserving one life when the state regulation goes beyond the power persuasion with that police officer in *U.S. v. Lopez* (1995) and *U.S. v. Morrison* (2000), the Court confined this regulatory authority to intrastate economic activity. In addition, in a concurring opinion in Gonzales v. Raich (2005), Justice Scalia maintained that, under Lopez, "Congress may regulate even noneconomic local activity if that regulation is a necessary part of a more general regulation of interstate commerce." The Court must hold, mutual combat is a noneconomic activity that is necessary to regulate police activity. Every time a police officer(s) kills a Negro, he gets time off with pay, Mutual combat regulates the belief a police officer from stop killing Negro Americans.

In United States v. Darby (1941), the power of Congress over interstate commerce is not confined to the regulation of commerce among the states. The Court

explained that while manufacture is not of itself interstate commerce, the shipment of manufactured goods interstate is such commerce and the prohibition of such shipment by Congress is indubitably a regulation of the commerce. The power also extends to those activities intrastate which so affect interstate commerce or the exercise of the power of Congress over it as to make regulation of them appropriate means to the attainment of a legitimate end, the exercise of the granted power of Congress to regulate interstate commerce. As authority for this principle, the Court relied on the Necessary and Proper Clause case of McCulloch v. Maryland (1819). Mutual Combat is a legitimate end to the states allowing their employees to kill the Negro race and text of the clause as a whole support mutual combat. At Philadelphia in 1787, the Convention resolved that Congress could legislate in all cases to which the States are separately incompetent, or in which the harmony of the United States may be interrupted by the exercise of individual legislation. Currently there is a national immunity by a white man for a white man and it was issued by the Supreme Court regarding states employees activities, then there is the police man bill of rights created by 'joe' Congress, and then there is immunity from the defendants for and Free, Free, Free for the illegal immigrant; and there is no distinction of the above laws for state's employees or between what is truly national law or what is truly states laws. The federal branches of government and federal employees are waddling in the waters of states rights issues and the states are creating federal immigration and federal banking laws, therefore a democratic county has create ad hoc legislation for an illegal immigrant race of people from Mexico and Central America. Congress and the Courts are the only authority when it comes to the making laws related to the Commerce Clause and by Congress not acting on crating legislation to stop states police from killing Negro's ,mutual combat is a constitutional right. This complaint is seeking to regulate limited use of mutual combat until the threat stops or until they are made to stop and that goes for police, state actors, partners, private parties, immigrants as vendors and vendors in all fifty states. To continue the immunity for California police, there is California Codes Government Code Section 3300-3311, Police Officers Bill of Rights. That is three different immunities the white man has given the white man to kill a Negro while working for a city or state agencies. The Supreme Court has written guidelines on how to make it harder for a defendant to prevail in the initial investigative stage of a criminal action by a state employee. The Supreme Courts'

ad hoc, immunity doctrine is written and amended to offer states work guidance's for city(s) employee's, which violates Section 8(a)(1) of the Act makes it an unfair labor practice for an employer to interfere with, restrain, or coerce employees in the exercise of the rights guaranteed in Section 7 of the Act. The Supreme Court implied a promise of benefits by soliciting grievances from cities employees, possibly, and likely all the 19,495 incorporated cities, towns and in California. The city(s) employee's negotiations with their unions organizing campaigns and during these union negotiations the United States Supreme Court solicited the union members and offered a ad hoc immunity for crimes not even committed while working for each 19,495 cities, towns, and villages. The Court must hold, the United States Supreme Court conferred violated Section (8)(3) and violated Affirmative Action for California employees. The United States Supreme Court put into effect by official proclamation, by drafting immunity to maintain, or enforce work rules that reasonably tend to inhibit city(s) employees from exercising their rights under the Act. the United States Supreme Court initiated, solicited state(s) employees to support a decertification or union petition. Employees have the right to unionize, to join to advance their interests as employees, and to refrain from such activity, they also have the right not to include private citizens in their police unions. The United States Supreme Court, interfered with, and restrained, and coerced city(s) employees in the exercise of their rights. Therefore, the Unites States Supreme Court is in violation of the Commerce Clause. Therefore, Qualified Immunity Doctrine offered by the United States Supreme Court which gives city employees immunity is unconstitutional. Justice Harlan's quotations from the legislative history, in which he emphasizes words like "merely," "solely," and "only," appear to be directed at showing that Congress was concerned with cases in which employers differentiated among their employees on the basis of the employees' involvement in Section 7 activities. The Supreme Courts, Qualified Immunity Doctrine is a restriction on the plaintiff and the Negro's Constitutional rights. Plaintiff complaints deals with the defendants discrimination and segregation legislations which offers to regulate commerce with foreign nations, and among the several states. The definition of discrimination under Section (a)(3) is any change by an employer of the employment conditions of its employees caused by the exercise by employees of rights protected under Section 7 of the Act. And the plaintiff's view is that differential employer treatment of employees because of their exercise of Section

7 rights is not required for a finding of discrimination. The definition of "discrimination" is supported by both legislative intent and the decided cases. Furthermore, "discrimination," so defined, contributes to making Section 8 (a) (3) an instrument for achieving its intended policy objectives and frees its implementation from considerations that are irrelevant to the achievement of those objectives. Simply put Section 8 (a) (3), defines discrimination as employer treatment of employees caused by the fact that employees "engaged in protected concerted activity," i.e., exercised their Section 7 rights.

The DACA, DAPA, AB130, AB131, AB54, AB4 and AB1310 are restrictive polices offered to private of public employers a preferred candidate for employment, the legislations offers the opportunity for that immigrant to experience college and then the opportunity to procreate and married. The court of appeals for the Eighth Circuit affirmed, concluding that subsection 1982 applies only to state action in Hurd v. Hodge, 334 U.S. 24, on its face subsection 1982 appears to prohibit *all* discrimination against Negro's by private owners as well as discrimination by public authorities. The defendant's memorandums and policies towards the illegal immigrants is California State welfare and not to its own citizens, whatever is the privilege rather than the right, may be made dependent upon citizenship. The Court must conclude, that the defendants the State of California's desire to preserve limited state tax surpluses or revenue must be for the citizens of the State of California and SB54, DACA, DAPA and Sanctuary Cities Ordnances are inadequate to justify the restrictions challenged in these claims. The Plaintiff is aware, the Court has rejected the concepts that constitutional rights turn upon whether governmental benefits are characterized as a 'right' or as a 'privilege'.

If the defendants, Go back to Mississippi. Go back to Alabama. Go back to South Carolina. Go back to Georgia. Go back to Louisiana. Go back to the slums and ghettos of California cities in which they have created homelessness of American families, they would have heard the words of those the American Dreams...

I have a dream that one day on the red hills of Georgia, the sons of former slaves and the sons of former slave owners will be able to sit down together at the table of brotherhood.

I have a dream that one day even the state of Mississippi, a state sweltering with the heat of injustice, sweltering with the heat of oppression will be transformed into an oasis of freedom and justice.

I have a dream that my four little children will one day live in a nation where they will not be judged by the color of their skin but by the content of their character. I have a dream today.

I have a dream that one day down in Alabama with its vicious racists, with its governor having his lips dripping with the words of interposition and nullification, one day right down in Alabama little black boys and black girls will be able to join hands with little white boys and white girls as sisters and brothers. I have a dream today.

I have a dream that one day every valley shall be exalted, every hill and mountain shall be made low, the rough places will be made plain, and the crooked places will be made straight, and the glory of the Lord shall be revealed, and all flesh shall see it together . . . Martin Luther King August 28, 1968 addresses crowds during the March On Washington at the Lincoln Memorial, Washington DC.

The Plaintiff claims are similar echoes of the Negro DREAMERS who have been asking the defendants to stop discriminatory private and governmental actions, upon the plaintiffs and Negro race's this is treason against America by legislation since .

The defendants nor any Chief Justices of the U.S. have replied to the Negro asking for DREAMER status in the colonies of 1619 when the privateer The White Lion brought 20 African slaves ashore in the British colony of Jamestown, Virginia; also denied Dreamer status was when an estimated that 6 to 7 million enslaved Negro's, human beings were imported to the New World but in the very same world of slavery the Whiteman codified itself as a homosexual in the year of its Lord in two thousand and fifteen. A gentleman's Dream died on May 25, 2020 when Mr. George Floyd said to police officer Lane, for a Dream "I can't breathe" the defendants employee replied, " You are talking fine". In June 2020, the defendants refused to work with the Republicans on a police reform bill focusing on transparency and training for police in the wake of the murder of Mr. Floyd, once again the defendants denied the Negro Dream. But as to further