UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS LOPES,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN DELEON, et al.,<br><br>    Defendants. | Case No. 20-cv-07758-JSC<br><br>**ORDER RE: MOTION TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 7 |

Before the Court is Mr. Lopes' motion to file an amended complaint. (Dkt. No. 7.) At this stage in the lawsuit, however, it appears Mr. Lopes does not require the Court's permission for leave to file an amended complaint; he can amend it "as a matter of course." *See* Fed. R. Civ. P. 15(a)(1)(A) and (B). Accordingly, the Clerk is directed to file the Amended Complaint as a separate docket entry. It is Mr. Lopes' responsibility to serve Defendants with the amended complaint.

The Court notes that the motion is incorrectly addressed to Magistrate Judge Nathanael Cousins and the Superior Court of Santa Clara County. (*Id.* at 1.) Furthermore, the proposed amended complaint is 455 pages long and does not, as Federal Rule of Civil Procedure 8 requires, contain a short and plain statement of claims showing that Mr. Lopes is entitled to relief. (*See* Dkt. No. 7-1.)

These are a few of the problems with Mr. Lopes' motion and proposed amended complaint. (Dkt. No. 7.) Because Mr. Lopes is proceeding without representation by an attorney, the Court encourages Mr. Lopes to seek free assistance from the Northern District's Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102. In light of the ongoing COVID-19 pandemic, Mr. Lopes should make a telephone appointment by calling

1   (415) 782-8982.  He may also consult the Northern District's Pro Se Handbook, available online

2   through the Northern District's website.

3       This Order disposes of Dkt. No. 7.

4   **IT IS SO ORDERED.**

5   Dated: March 25, 2021

                                                                                                          *Jacqueline Scott Corley*

                                                     JACQUELINE SCOTT CORLEY
                                                     United States Magistrate Judge